**NOTICE OF APPEARANCE IN A CRIMINAL CASE**

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.   Criminal Number 23-CR-182-2-ABJ

Joanna Smith
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA    ☒ RETAINED    ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Philip Andonian (Bar No. 490792)
_(Attorney & Bar ID Number)_

CalebAndonian PLLC
_(Firm Name)_

1100 H Street, N.W. - Ste. 315
_(Street Address)_

Washington, D.C. 20005
_(City)   (State)   (Zip)_

(202) 953-9850
_(Telephone Number)_