AO 442 (Rev. 01/09) Arrest Warrant                              J  11557042

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-cr-00182 |
|  | ) Assigned to: Judge Berman Jackson, Amy. |
| TIMOTHY MARTIN | ) Assign Date: 5/24/2023 |
| JOANNA SMITH | ) Description: INDICTMENT (B) |
| Defendant | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOANNA SMITH

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy to Commit an Offense Against the United States)
40 U.S.C. §§ 6303, 6307 (Injury to National Gallery of Art Property)

Date: 05/24/2023

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2023.05.24 16:26:07 -04'00'

*Issuing officer's signature*

City and state: Washington, DC

ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 5/24/2023, and the person was arrested on (date) 5/26/2023
at (city and state)  DC  DC

Date: 5/26/2023

*Arresting officer's signature*

Brett A. Knutson  DUSM  #31113
*Printed name and title*