UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 23-cr-182 (ABJ) |
| | ) | |
| TIMOTHY MARTIN and JOANNA SMITH, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**JOINT MOTION TO CONTINUE VIDEO STATUS CONFERENCE**

Defendants Timothy Martin and Joanna Smith, through undersigned counsel, and the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, submit this Joint Motion to Continue the Video Status Conference in the above captioned matter currently scheduled for Wednesday, August 16, 2023. The parties are seeking a continuance of the status conference to allow the government to provide additional discovery and to allow for continued plea discussions and a potential resolution of this matter before trial. Accordingly, the parties are requesting that the August 16, 2023 status conference be continued to on or about September 5, 2023.

Mr. Martin and Ms. Smith waive and agree that time under the Speedy Trial Act be tolled from August 16, 2023 until the date of the continued status conference in this matter, in order to facilitate the receipt and review of additional evidence, as well as discussion regarding the pending plea offer. The exclusion of time pursuant to the Speedy Trial Act best serves the interests and ends of justice and outweighs the interests of the public and Defendants in a speedy trial because excluding such time will allow: (1) the parties to engage in discussions that might result in a pre-trial resolution of this case, and (2) the review of additional discovery by Mr. Martin and Ms. Smith.

WHEREFORE, the Government, Mr. Martin, and Ms. Smith respectfully request that the status conference scheduled for August 16, 2023 be continued and rescheduled for on or about September 5, 2023.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY

By:    /s/
    Cameron Andrew Tepfer
    Assistant United States Attorney
    601 D Street NW
    Washington, DC 20530
    (202) 258-3515
    Email: Cameron.Tepfer@usdoj.gov

    A. J. KRAMER
    FEDERAL PUBLIC DEFENDER

By:    /s/ Kate Adams
    Kate Adams
    Assistant Federal Public Defender
    625 Indiana Avenue NW
    Suite 550
    Washington, D.C. 20004
    (202) 208-7500
    Kate_Adams@fd.org

    *Counsel for Timothy Martin*

By:    /s/
    Philip C. Andonian
    CALEB ANDONIAN PLLC
    1100 H Street, N.W.
    Suite 315
    Washington, DC 20005
    (202) 953-9850
    Email: phil@calebandonian.com

    *Counsel for Joanna Smith*