UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 23-cr-182 (ABJ) |
| ) | |
| TIMOTHY MARTIN and JOANNA SMITH, ) | |
| ) | |
| Defendants ) | |
| ) | |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion to Continue Video Status Conference, and for good cause shown, it is hereby ORDERED that the plea hearing currently scheduled for August 16, 2023 is vacated and reset for September \_\_\_\_, 2023.  SO ORDERED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

1