CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No.: 23-cr-182-2 (ABJ) |
| | ) | |
| JOANNA SMITH | ) | |
| | ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_/s/ Joanna Smith_
Defendant

_/s/_
Counsel for Defendant

I consent:

_/s/_
Assistant United States Attorney

Approved:

_/s/ Amy Berman Jackson_   Date: 12/15/2023
Amy Berman Jackson
United States District Judge