UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CRIMINAL NO. 23-CR-182 (ABJ) |
| v. | : |
| | : |
| TIMOTHY MARTIN | : |
| JOANNA SMITH, | : |
| | : |
| Defendants. | : |

## STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

### I. Summary of the Plea Agreement

The Defendants each agree to admit guilt and enter a plea of guilty to Count Two of the May 25, 2023 Indictment charging each of them with one count of Injury to National Gallery of Art Exhibit, in violation of 40 U.S.C. §§ 6303 and 6307.

### II. Elements of the Offense

The essential elements of the offense of Injury to National Gallery of Art Exhibit, in violation of 40 U.S.C. §§ 6303 and 6307, each of which the Government must prove beyond a reasonable doubt, are:

1. That each Defendant in any way injured an object of art, exhibit, equipment, seat, wall, fountain, or other erection or architectural feature;

2. That the object of art, exhibit, equipment, seat, wall, fountain, or other erection or architectural feature was located within the National Gallery of Art;

3. In the commission of the offense, property was damaged in an amount exceeding $100; and

4. Each Defendant acted knowingly and voluntarily, and without mistake or accident.

1

12/15/23
J.S.

### III. Penalties for the Offense

The penalties for Injury to National Gallery of Art Exhibit, in violation of 40 U.S.C. §§ 6303 and 6307 are:

(A) a term of imprisonment of not more than five years;

(B) a fine not to exceed $250,000, or twice the pecuniary gain or loss of the offense;

(C) a term of supervised release of not more than three years; and,

(D) a special assessment of $100.

The United States Sentencing Guideline § 5E1.2 permits the Court to impose an additional fine to pay the cost of imprisonment and any term of supervised release and/or probation.

### IV. Factual Proffer

Had this case gone to trial, the Government's evidence would prove the following beyond a reasonable doubt:

On April 27, 2023, the defendants, Timothy Martin and Joanna Smith traveled to the National Gallery of Art (the NGA) in Washington, D.C. Each went to the NGA with the purpose and intent of smearing paint on the protective case and supporting pedestal of the NGA exhibition containing Edward Degas' multi-material sculpture entitled "Little Dancer Aged 14," which was completed in 1881 (the "Exhibit"). The defendants conducted research into the Exhibit and specifically targeted this Exhibit.

Before entering the NGA, each recorded video statements of themselves explaining their purpose in engaging in the charged conduct. At 10:43 AM, Martin and Smith entered the NGA. Prior to entering, Martin and Smith concealed water-soluble paint in recycled aluminum water bottles to enable them to pass through security undetected. Martin and Smith walked around the NGA prior to the offense. At one point, each provided their cellphones to another individual

2

12/15/23
J.S.

who was present with them at the

12/15/23
J.S.

NGA. Smith and Martin approached the Exhibit and waited until members of the public cleared the area around it. Smith and Martin each then removed the water bottles of paint—Smith's red paint and Martin's black paint—and began finger painting on the pedestal the sculpture sits on, and smearing paint on the protective vitrine case surrounding the sculpture. Paint also dripped onto the gallery floor. After Smith and Martin smeared paint on the Exhibit, they made statements explaining why they engaged in the conduct. After Smith and Martin were released, they made additional statements explaining their purpose in engaging in the conduct.

Experts at the NGA determined that to repair the Exhibit it had to be removed from public display. As a result, the Exhibit could not be displayed for ten days. The NGA estimated that the cost to repair the Exhibit totaled $4,062. This included the costs for a private contractor to remove and clean the protective vitrine (10 hours of labor costing $680), costs for a private contractor to repaint and re-wrap the base of the Exhibit, and refinish the gallery floor (20 hours of labor costing $1,550), costs for new materials used in the repairs ($200), and costs for a private contractor to safely reinstall the Exhibit (24 hours of labor costing $1,632). This does not include the costs associated with NGA conservators consulting on how best to uninstall, move, and repair the Exhibit. The cost for two conservators to consult on the deinstallation and movement of the Exhibit for repairs was estimated to be $414 (three hours of work for two conservators at $69 per hour) and the cost for two conservators to assess the Exhibit in the laboratory was $828 (six hours of work for two conservators at $69 per hour).

This proffer of evidence is not intended to constitute a complete statement of all facts known by the parties but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists

12/15/23
J.S.

a sufficient legal basis for each defendant's plea of guilty to the charged crimes. This Statement of the Offense fairly and accurately summarizes and describes some of each defendant's actions and involvement in the offenses to which each is pleading guilty.

>Respectfully Submitted
>
>Matthew M. Graves
>United States Attorney
>
>BY: _____
>Cameron A. Tepfer
>Assistant United States Attorney

12/15/23
J.S.

## DEFENDANT MARTIN'S ACKNOWLEDGMENT

I have read the Statement of Offense setting forth the facts related to my guilty plea to one count of Injury to National Gallery of Art Exhibit, in violation of 40 U.S.C. §§ 6303 and 6307. I have discussed this proffer fully with my attorney, Kate Adams. I fully understand this proffer and I acknowledge its truthfulness, agree to it, and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date:_____          _____
                              Timothy Martin

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the Government's proffer of evidence related to my client's guilty plea. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date: _____         _____
                              Kate Adams, Esq.
                              Counsel for Defendant

12/15/23
J.S.

## DEFENDANT SMITH'S ACKNOWLEDGMENT

I have read the Statement of Offense setting forth the facts related to my guilty plea to one count of Injury to National Gallery of Art Exhibit, in violation of 40 U.S.C. §§ 6303 and 6307. I have discussed this proffer fully with my attorney, Phil Andonian. I fully understand this proffer and I acknowledge its truthfulness, agree to it, and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 12/12/2023

*Joanna Smith*
ID Ga4aMgJYLcaaa6uu8opyPNo1

Joanna Smith

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the Government's proffer of evidence related to my client's guilty plea. I have reviewed the entire proffer with my client and have discussed it with her fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 12/12/2023

*Phil Andonian*
ID QpVSRx6qkskkP3nz6Lz1fq9c

Phil Andonian, Esq.
Counsel for Defendant

12/15/23
J.S.