UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JOANNA SMITH,**<br><br>Defendant. | Case No.: 23-cr-00182 (ABJ) |

**JOINT MOTION TO CONTINUE SENTENCING MEMORANDA DEADLINE**

On December 15, 2023, Defendant Smith pled guilty and a sentencing hearing was scheduled for April 3, 2024. The Court ordered that the parties' sentencing memoranda were due on March 25, 2024, nine days prior to sentencing.

By order dated January 23, 2024, due to a conflict, the Court rescheduled the sentencing to April 26, 2024. Both parties assumed that the Court had also adjusted the deadline for sentencing memoranda, but upon review of the docket, it appears that the sentencing memoranda deadline was not adjusted. The parties apologize for not realizing this sooner.

The parties respectfully request that the Court continue the deadline for sentencing memoranda to April 17, 2024, nine days prior to the sentencing in this matter.

                                                    Respectfully submitted,

                                                    MATTHEW M. GRAVES
                                                    UNITED STATES ATTORNEY
                                                    D.C. Bar No. 481052

                                                    */s/ Cameron A. Tepfer*
                                                    Cameron A. Tepfer
                                                    D.C. Bar No. 1660476
                                                    Assistant United States Attorney

                                              United States Attorney's Office  
                                              601 D. Street, NW  
                                              Washington, DC 20579  
                                              202-258-3515  
                                              Cameron.Tepfer@usdoj.gov