**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JOANNA SMITH, | )   Case No. 1:23-cr-00182-ABJ-2 |
| | ) |
| Defendant. | ) |
| | ) |

**<u>DEFENDANT'S MEMORANDUM IN AID OF SENTENCING</u>**

Defendant, Joanna Smith, through undersigned counsel, hereby submits this memorandum in aid of sentencing in the above-captioned matter and states as follows:

**<u>Introduction</u>**

On April 26, 2024, Ms. Smith will appear before this Court for sentencing in the above-captioned case, in which she has pled guilty to one count of touching or injuring property within the National Gallery of Art, in violation of 40 U.S.C. §§ 6303 and 6307. At that time, undersigned counsel will ask this Court to sentence Ms. Smith to the minimum sentence necessary to achieve the goals of sentencing set forth in 18 U.S.C. § 3553(a). As we discuss in more detail below, we submit that a sentence of probation with restitution in the amount of $2,031,[1] and a fine of $2,500 is appropriate and sufficient, but not greater than necessary, to achieve the statutory goals of sentencing in this matter.

---

[1] This represents half of the actual damage of $4,062 that resulted from the demonstration that Ms. Smith engaged in with her co-defendant, Timothy Martin. We assume Mr. Martin would be responsible for the other half.

## Relevant Factual Background

On April 27, 2023, Ms. Smith traveled to Washington, D.C. to participate in educational trainings, networking, and citizen lobbying on Capitol Hill regarding the U.S. government's lack of adequate policy and funding to prevent climate breakdown.  While in D.C., Ms. Smith engaged in a discrete act of non-violent civil disobedience to draw critical public attention to the same issues.  The specific act, which Ms. Smith planned in advance, involved Ms. Smith applying water-soluble paint to the glass case and pedestal of an exhibit of Degas's "Little Dancer Aged 14" ("the sculpture"), which was on display at the National Gallery of Art ("NGA").  Ms. Smith explicitly stated prior to the demonstration in a recorded video outside the NGA that she chose the sculpture as the subject of her peaceful demonstration specifically because the sculpture is "completely protected in her little box," and thus she never intended or attempted to touch the sculpture, much less damage or injure it in any way.

In a video of the demonstration, Ms. Smith clearly can be seen taking great care not to disturb the sculpture as she gently applied paint to the protective glass case surrounding it and the pedestal on which it rested before peacefully sitting in front of the display in a surrender position while she calmly discussed her purpose and motivation.[2]

Ms. Smith's own words about her demonstration also reflect the care and concern she had for the sculpture itself:

> I placed on my hands water-soluble nursery school fingerpaint easily cleaned with soap and water.  I calmly and silently created art to symbolically speak to the climate crisis' impact on children: I fingerpainted in a naive, childish manner a hot sun that kills with rapidly prolonged and intense heatwaves, a tree on fire for the evermore-common forest fire smoke that blankets our planet harming all in its path, and a sad face simply emoting on one vertical plane of a pedestal below a sculpture of a child.  Above, I mindfully applied "bloody" handprints representing our shared

---

[2] The video of the incident can be viewed here:
https://www.youtube.com/watch?v=9TCyZ5vZugs (last visited April 12, 2024)

pain and human responsibility for this crisis on one side of plexiglass, followed by gentle curves—our human spirit—on another.  This created a dramatic visual that I anticipated would focus the necessary attention to effectively protest for change. I then sat on the ground with my hands upraised in surrender, and broke the hush of the gallery to introduce myself by hometown and name and as a mother.  I spoke of my reverence for art as the basis for why I would temporarily disrupt something I love; to try to help save it. (PSR (ECF No. 37) at 7)

Importantly, the NGA's own investigation did not reveal that the sculpture had suffered any damage as a result of the demonstration.  *See* Exhibit A (FBI FD-302) at 1 (noting that the NGA's imaging of the sculpture after the demonstration "did not identify any new cracks" in the sculpture and was "unable to determine if the previous cracks got worse").

After the brief demonstration, Ms. Smith was detained without incident and released later that day.  Ms. Smith voluntarily surrendered and was arraigned on the indictment in this matter on May 26, 2023, and was released on her personal recognizance.  On December 15, 2023, Ms. Smith pled guilty to Count 2 of the indictment—touching or injuring property within the NGA pursuant to 40 U.S.C. §§ 6303 and 6307.  The presentence report was filed on March 26, 2024, and Ms. Smith timely filed her corrections and objections to the report on April 9, 2024.  The sentencing hearing in this matter is scheduled for April 26, 2024.  Ms. Smith has been compliant with all the terms and conditions of her release throughout this process.

## Personal Background

Ms. Smith was born in Berkeley, California on January 29, 1970 to Theodore Oltman and Emmy Klein.  Ms. Smith was intellectually driven and had many friends growing up—important foundations to the highly educated, stable, and social adult she is today.  Nevertheless, Ms. Smith's life was marked by significant disruptions and challenges.  When she was 12 years old, her parents divorced, which was a tremendously difficult experience for Ms. Smith to live through.  This coincided with a temporary move from her childhood home while that house was

renovated and integrated into a low-income housing project that eventually encompassed the majority of her childhood block.

Both her parents also had significant personal issues that further complicated Ms. Smith's life: her father was an active alcoholic during Ms. Smith's adolescence and often was not around; her mother suffered from bipolar disorder and other mental- and physical-health issues. Ms. Smith and her family staged an intervention for her father shortly after Ms. Smith graduated college. The intervention was successful, and her father remained sober for nearly three decades before his death in 2011. During that time, Ms. Smith and her husband and children maintained a close and loving relationship with Ms. Smith's father.

Unfortunately, Ms. Smith was not able to salvage her relationship with her mother. Although Ms. Smith was close to her mother when Ms. Smith was a child, her mother's frequent and unpredictable refusal to comply with her bipolar treatment took a toll on their relationship over time. This became most pronounced once Ms. Smith moved to Poughkeepsie, New York for college, which meant she could no longer be a caregiver for her mother, whose mental and physical health then began a precipitous decline. Although during her young adult years Ms. Smith maintained contact and provided some financial support for her mother, her mother's continuous health crises evolved into a detrimental relationship for Ms. Smith. Her mother was eventually evicted from her home, moved in and out of institutional settings and abusive relationships, and eventually became a conservatee of the State of California to properly address her severe mental illness and physical-health decline. After Ms. Smith's second child was born, Ms. Smith ended direct ties with her mother out of concern for her children's safety.

Ms. Smith also has a complicated relationship with her adoptive sister, Sarah Oltman, who resides in Jersey City, New Jersey, and is employed as an Executive Assistant at an

Advertising Industry Trade Group in Manhattan.  Their parents adopted Ms. Oltman as an infant

from Vietnam in 1975 at the age of five months.  Ms. Smith and Ms. Oltman shared a good

relationship growing up, and Ms. Smith often took on a parenting role with her younger sister

due to their age difference and family challenges.  Once Ms. Oltman moved from California to

New York City in 2000, the sisters' relationship became even closer.  Ms. Oltman was a regular

presence in Ms. Smith's family household and a loving, involved aunt to Ms. Smith's children.

Ms. Smith said that during the summer of 2020, she discovered that her sister had been abusing

her benzodiazepine prescription medication and alcohol for a long time.  Since their initial

conversations about Ms. Oltman's substance use disorder, Ms. Smith has repeatedly tried to help

her sister, but Ms. Oltman does not want to maintain a relationship with Ms. Smith at this time.

Ms. Smith said she has sporadic contact with her sister, and that her children maintain a distant

relationship with their aunt.

   Ms. Smith has also endured significant trauma in her own right.  During her college

years, Ms. Smith was the victim of both a physical and attempted sexual assault at her childhood

home, and a rape while she was at college.  And although Ms. Smith presents as physically

abled, she suffers from chronic, debilitating poor health.[3]  She has been diagnosed with

Hypermobile Ehlers Danlos Syndrome, which is a disabling collagen disorder that renders joints

all over her body hyperextendable leaving her prone to having her joints easily injured.  As a

result, her joints often need urgent surgical repair.  Such surgeries include a repair to a labral tear

in her right hip; a full right hip replacement; surgical repair to both elbows; and surgical repair to

her right shoulder.  This condition has also left Ms. Smith with chronically poor digestion that

---

[3] A detailed medical evaluation of Ms. Smith by Dr. Kate Sugarman, as well as Dr. Sugarman's CV, are attached to this memorandum as Exhibit B.

requires a specialized diet and regular medical attention.  Ms. Smith has also been diagnosed

with Postural Orthostatic Tachycardia Syndrome, which means she cannot regulate her heart rate

and blood pressure, as well as with premature coronary artery disease.  These conditions, too,

require significant lifestyle adjustments, including a specialized diet and exercise plan and sleep.

But in spite of her complicated upbringing and all the physical challenges she faces, Ms.

Smith has made a great and productive life for herself.  She graduated college and earned a

master's degree in historic preservation.  She is in a loving and stable marriage with her husband,

Ian Smith, and is a loving mother to their two children—Jasper (age 21) and Wyatt (age 19),

both of whom are full-time college students.  Ms. Smith and her husband live in the family's

home in Brooklyn, New York.  Mr. Smith is a self-employed computer software producer whose

income supports the Smith's household, while Ms. Smith remains a disabled homemaker and

volunteer.

Ms. Smith has dedicated her life to public service.  She has volunteered for numerous

civic and advocacy groups, including the New York City Parks Department, the New York City

Police Department Community Council, 78th Precinct (as a volunteer member and elected Vice

President), the Prospect Park Alliance Community Committee, the New York City Landmarks

Preservation Commission, the Central Park Conservancy, and Community Board Six in

Brooklyn—where she was recommended by her City Council member and appointed by the

Brooklyn Borough President.

Ms. Smith has the overwhelming support of her family and the community she has built,

as reflected in the numerous letters of support submitted on her behalf, which are attached here

as Exhibit C.  Notable among her supporters is the Comptroller of the City of New York, who is

third in the line of succession for mayor, *see* Exhibit C at 001, and the full membership of

Brooklyn Community Board 6 (*see* Exhibit C at 002), not to mention the scores of friends and family who have rallied by her side.

### Sentencing Law and Considerations

#### A. General Principles

Pursuant to the Sentencing Reform Act of 1984, the United States Sentencing Commission promulgates federal sentencing guidelines ("USSG") designed to eliminate disparities in sentencing between similarly situated individuals convicted of similar crimes. During the early part of their existence, the sentencing guidelines were mandatory in that, in many cases, judges had very little discretion to impose a sentence that was not within a guideline range.

Following the Supreme Court's decisions in *United States v. Booker*, 543 U.S. 220 (2005), and *Gall v. United States*, 552 U.S. 38 (2007), however, the guidelines were held not to be mandatory, and judges were not even permitted to view a guideline range as "presumptively reasonable." *Gall*, 552 U.S. at 47, 50.

> As the Supreme Court stated in *Gall*:
>
> "As an initial matter, the approaches we reject come too close to creating an impermissible presumption of unreasonableness for sentences outside the Guidelines range. See *id.* at ——, 127 S.Ct., at 2467 ("The fact that we permit courts of appeals to adopt a presumption of reasonableness does not mean that courts may adopt a presumption of unreasonableness").[3] Even the Government has acknowledged that such a presumption would not be consistent with *Booker.* See Brief for United States in *Rita v. United States,* O.T.2006, No. 06–5754, pp. 34–35."
>
> *Gall*, 552 U.S. at 47.

*Gall* set forth a three-step procedure that a sentencing court must follow when deciding on an appropriate sentence:  *First*, a court must properly determine the guideline range applicable to a defendant.  *Second*, the court must determine whether to apply any of the

guidelines' departure policy statements to adjust the guideline range. *Third*, the court must consider all of the factors set forth in 18 U.S.C. § 3553(a) as a whole, including whether a variance is warranted. *Gall, supra.*

As set out in 18 U.S.C. § 3553(a), a court "shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of [the statute]."

Thus, when determining the particular sentence to impose, a court must consider:

1) The nature and circumstances of the offense and the history and characteristics of the defendant.

2) The need for the sentence imposed to

   a) Reflect the seriousness of the offense;

   b) Promote respect for the law and provide just punishment for the offense;

   c) Afford adequate deterrence to criminal conduct;

   d) Protect the public from further crimes of the defendant; and

   e) Provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

3) The kinds of sentences available;

4) The sentencing range established for the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines;

5) The need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

6) The need to provide restitution to any victims of the offense.

**B. Applicable Sentencing Guideline for Ms. Smith's Conduct**

At bottom, there is a fundamental disagreement between Ms. Smith on the one hand and the government and probation officer on the other as to the applicable sentencing guideline for the offense to which Ms. Smith pled guilty. As noted in our objections to the Presentence Investigation Report ("PSR") (ECF No. 38), Ms. Smith disagrees with the probation officer and the government's conclusion that USSG § 2B1.5 (damage to or destruction of cultural heritage resources—to wit, the sculpture) applies here, and that the alleged market value of the sculpture—reportedly between $65-165M—should be used in assessing loss or damage for the purposes of this offense.[4]

According to the government and the PSR, the calculation under USSG § 2B1.5 is as follows:

- Base offense level: 8.

- Specific offense characteristics (loss between $65-$165 million): +24 points.

- Specific offense characteristics (offense occurred in a museum): +2 points.

- Victim-related adjustment: +0 points.

- Role in the offense adjustment: +0 points.

- Obstruction of justice adjustment: +0 points.

  - **Adjusted offense level: 34**.[5]

---

[4] Pursuant to the terms of the plea agreement, Ms. Smith has reserved her right to argue for the application of a different guideline section. *See* Plea Agreement (ECF No. 29) at 2-4.

[5] To the extent the Court determines that USSG § 2B1.5 is the correct guideline for the instant offense (which, we submit, it is not), Ms. Smith still disputes the calculation in the PSR. For the reasons stated above, and as Ms. Smith explains further herein, the actual cost of cleaning and repair work—which totaled only $4,062—and not the estimated market value of the sculpture itself—which was never harmed or intended to be harmed—should be used as the loss value for the Specific Offense Characteristic adjustment. To that end, even under USSG § 2B1.5, Defendant submits that the offense level should be 10 prior to the applicable reductions available

Ms. Smith submits that USSG § 2B1.1 (the guideline for general destruction of property) more accurately and correctly captures her conduct in this matter because the only property Ms. Smith defaced—by design—was the glass case surrounding the sculpture, the pedestal on which the sculpture rests, and a portion of the museum flooring around the pedestal's base.

The calculation under USSG § 2B1.1 is as follows:

- Base offense level: 6

- Specific offense characteristics: +0 points (for loss under $6,500).

- Victim-related adjustment: +0 points.

- Obstruction of justice adjustment: +0 points.

  - **Adjusted offense level: 6**.

Both Ms. Smith and the government agree that Ms. Smith is eligible for a 2-point reduction for acceptance of responsibility under USSG § 3E1.1 (which Ms. Smith argues should be applied here), as well as another 1-point reduction for assisting authorities by providing timely notice of her intention to enter a plea agreement under USSG § 3E1.1(b). Finally, as noted in the PSR, Ms. Smith has no criminal history, and thus is entitled to another 2-point reduction as a Zero-Point Offender under USSG §§ 4C1.1(a), (b).

Based on the application of these reductions, the final adjusted offense level under the government's calculation would be 29 (putting Ms. Smith in Zone D, column I (87-108

---

here (a base level of 8 plus a 2-point increase for conduct occurring in a museum, with no further increase for loss under $6,500), and not 34.

months)).[6]  The final adjusted offense level under Ms. Smith's calculation would be 1 (putting her in Zone A, column I (0-6 months, probation eligible)).[7]

The fundamental problem with the government's approach, specifically with respect to Ms. Smith, is that no "cultural heritage resource" was actually damaged or destroyed—or even intended to be damaged or destroyed—as the sculpture itself was unharmed and was never the intended target of Ms. Smith's non-violent protest activity, as Ms. Smith made clear in a recorded statement before the demonstration.  As the museum's conservators acknowledged, imaging of the sculpture after the demonstration "did not identify any new cracks" in the sculpture.  And to the extent the imaging was inconclusive as to whether any existing cracks were made worse (a neutral fact that should inure to Ms. Smith's benefit), the conservators explicitly stated that any further damage to existing cracks would have been from "the potential vibrations caused when [co-defendant] *Timothy Martin smacked the case surrounding the sculpture*."  Exhibit A (FBI FD-302) at 1.  Thus, it is unequivocally the case that *Ms. Smith did not damage or potentially damage the sculpture in any way.*

The video of the incident bears this out.  It shows that Ms. Smith applied water-soluble paint to the case and pedestal around the sculpture in a deliberately gentle and delicate manner, taking care not to disturb the sculpture, which corroborates her statements that she never intended to injure or damage the sculpture, much less actually harm the sculpture, and instead deliberately chose the sculpture's protective enclosure and pedestal to express her message.  It is worth noting not only the disparity in the conduct between Ms. Smith and Mr. Martin here, but

---

[6] Because the guideline range exceeds the statutory maximum of 60 months for the offense here, the statutory maximum becomes the guidelines sentence.  *See* USSG § 5G1.1.
[7] Again, even if the Court determines that USSG § 2B1.5 is the correct guideline for the instant offense, then Ms. Smith submits the correct adjusted offense level with the applicable reductions would be 5 (putting Ms. Smith in Zone A, column I (0-6 months, probation eligible)).

also that Ms. Smith's deliberate decision *not* to cause any damage to the sculpture stands in stark contrast to other demonstrations in which the works of art themselves were direct targets.[8]

Indeed, the statute under which Ms. Smith pled guilty, 40 U.S.C. § 6303, draws a clear distinction between what Ms. Smith actually did and the government's characterization of the conduct.  The statute specifically prohibits "step[ping] or climb[ing] on, remov[ing], or in any way injur[ing]" an "object of art [or] exhibit", such as the sculpture here, and, in addition, any "equipment, seat, wall, fountain, or other erection or architectural feature, or any tree, shrub, plant, or turf, within the specified buildings or grounds."  40 U.S.C. § 6303(b).  In other words, one can run afoul of the statute by damaging a work of art or exhibit *or* by damaging some other non-art/exhibit feature in the specified building or grounds.

Here, Ms. Smith clearly did not damage, or even intend to damage, a work of art or exhibit—to wit, the sculpture.  Indeed, Ms. Smith explicitly stated prior to the demonstration that she chose the sculpture as the subject of her non-violent demonstration specifically because the sculpture is "completely protected in her little box."  And in the video of the incident, Ms. Smith can be seen applying water-soluble paint in a deliberately gentle manner to the enclosure around the sculpture and the pedestal on which it rested without causing any disturbance to the sculpture itself.

For this reason, it is most accurate to describe Ms. Smith's conduct as the application of water-soluble paint to the museum "equipment" housing the sculpture—namely, the protective

---

[8] For example, protestors have thrown tomato soup directly on a Van Gogh painting (https://www.cnn.com/style/article/oil-protest-van-gogh-sunflower-soup-intl-scli-gbr/index.html (last visited April 15, 2024)); protestors have thrown mashed potatoes on a Monet painting (https://www.theguardian.com/environment/2022/oct/23/climate-activists-mashed-potato-monet-potsdam-germany (last visited April 15, 2024)); and protestors have thrown fake blood on a Henri de Toulouse-Lautrec painting (https://www.artnews.com/art-news/news/henri-de-toulouse-lautrec-alte-nationalgalerie-fake-blood-incident-1234644855/ (last visited April 15, 2024)).

glass case and the pedestal—some of which also dripped on the museum flooring around the pedestal's base.  Notably, the museum successfully repaired the damage and the sculpture is back on display in the NGA.  Accordingly, Ms. Smith submits that the appropriate guideline is the general destruction of property section, USSG § 2B1.1.

However, even if the Court were to find that the sculpture's glass case and pedestal comprised "an object of art or exhibit" within the NGA (which it should not), and therefore agreed with the government's guideline interpretation and applied USSG § 2B1.5, then the Court should still use the actual loss amount here—i.e., the cost of cleanup—and not the reported market value of the unharmed sculpture given that the NGA's own assessment of the sculpture revealed no new cracks and was uncertain as to whether any existing cracks were made worse *by the actions of Ms. Smith's co-defendant*.

Finally, even if the Court were to apply USSG § 2B1.5 and adopt the government's theory of loss using the reported market value of the unharmed sculpture, USSG Chapter 5 – Parts H and K contain additional factors the Court should consider in imposing a sentence well below the government's guideline range of a harsh prison-only sentence.[9]  Specifically, a defendant's age (USSG § 5H1.1), mental and emotion conditions (USSG § 5H1.3), and physical condition (USSG § 5H1.4) all "may be relevant in determining whether a departure is warranted."  USSG § 5K2.0 also provides that the Court may depart from the applicable guideline range if "in the case of an offense other than child crimes and sexual offenses, the court

---

[9] Even the government has agreed to cap its allocution to 30 days in prison—a substantial downward departure in its own right.

finds, pursuant to 18 U.S.C. § 3553(b)(1), that there exists an aggravating *or mitigating*

circumstances."  USSG § 5K2.0(a)(1)(A) (emphasis added).[10]

Here, application of the government's guideline interpretation would result in a

sentencing range that *far exceeds* the statutory maximum for the particular offense to which Ms.

Smith pled guilty.  This fact alone underscores the absurdity of applying the government's theory

of loss using the purported market value of the sculpture as opposed to the actual loss incurred

under the circumstances here.  Moreover, Ms. Smith is a 56-year-old homemaker and volunteer

with significant medical conditions that render her particularly unfit for a prison sentence.  She is

under the care of a psychiatrist for anxiety and depression.  And as Dr. Sugarman noted in her

report,

> [f]rom my experience with incarcerated patients and medically fragile patients like
> Ms. Smith it is abundantly clear that there is no safe amount of time for her to be
> detained. Ms. Smith already has premature heart disease. Cardiac rehabilitation has
> been recommended, and it is critical that she receive this to prevent stroke, heart
> attack, and death. Cardiac rehabilitation is vital to Ms. Smith and would not be
> available to her in prison.  In addition, Ms. Smith's POTS requires a highly
> specialized diet and the opportunity to exercise consistently, which is not available
> in prison.  Finally, the 90 minutes in which Ms. Smith was detained in a stress
> position following her arrest at the National Gallery resulted in her previously
> functional shoulder requiring complex surgery with a very long period of recovery.
> Any further detention in a prison setting would be highly likely to exacerbate this
> injury and cause new ones due to Ms. Smith's fragile condition. (Exhibit B
> (Sugarman Report) at 6).

The very real likelihood of serious emotional and physical harm from incarceration at the very

least warrants consideration of home confinement rather than incarceration in prison should the

---

[10] The PSR notes that because of Ms. Smith's "lack of criminal history, history and
characteristics of [Ms. Smith], as well as her medical conditions, a variance from the applicable
guidelines range may be appropriate in this case."  PSR (ECF No. 37) at 22.  The PSR further
notes that within the last five years, there were an "insufficient number" of cases involving
defendants "(1) whose primary guideline was § 2B1.5, with a Final Offense Level of 29 and a
Criminal History Category of I, after excluding defendants who received § 5K1.1 substantial
assistance departure; and (2) who received a sentence of imprisonment in whole or in part."  *Id.*

Court find that confinement is necessary (which it should not).  And finally, Ms. Smith's educational background in historic preservation and her obvious dedication to civic responsibility—mitigating factors in their own right—led her to deliberately avoid damaging the sculpture and instead cause temporary damage only to museum equipment, which was cleaned and put back on display.

### Conclusion

For the foregoing reasons, and for any other reasons the Court might consider, we respectfully submit that a sentence of probation with restitution in the amount of $2,031 and a fine of $2,500 is appropriate and sufficient, but not greater than necessary, to achieve the statutory goals of sentencing in this matter.

Dated: April 17, 2024                           Respectfully submitted,

*Philip Andonian*

Philip Andonian (D.C. Bar No. 490792)
CALEBANDONIAN PLLC
1100 H Street, N.W., Ste. 315
Washington, D.C. 20005
Tel: (202) 953-9850
Fax: (202) 217-4100
Email:  phil@calebandonian.com

*Counsel for Joanna Smith*

15

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2024, I served a copy of the foregoing document to all parties of record via the Court's ECF system, as well as via email as follows:

AUSA Cameron Tepfer (Cameron.tepfer@usdoj.gov)


*Philip Andonian*
Philip Andonian

# EXHIBIT A

- 1 of 2 -

FD-302 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    05/11/2023

(U)  On 4/10/2023, JUDY OZONE, acting head of object conservation, DAPHNE BARBOUR, senior object conservator and JAY KRUGER, acting chief of conservation, National Gallery of Art (NGA) were interviewed at the NGA, 6th Street and Constitution Avenue, Washington, DC, by writer and Assistant United States Attorney Cameron Tepfer.  After being advised of the identity of the interviewing agent and the nature of the interview, OZONE, BARBOUR, and KRUGER provided the following information:

Edgar Degas's "The Little Dancer" sculpture is very fragile and the last photos of it were from 2015.  Since the vandalism on 4/27/2022, NGA has imaged it and did not identify any new cracks, however NGA was unable to determine if the previous cracks got worse from the potential vibrations caused when Timothy Martin smacked the case surrounding the sculpture.  The cracks were in the ankles and knees of the sculpture.  There was a split in the back of the case and the potential vibrations could have also caused that to widen which could have lead to a diminished integrity in the case.  The pedestal was heavy, which likely helped mitigate the potential for vibration.

BARBOUR and OZONE had to move the sculpture  and did it as safe as possible, however moving it caused additional jeopardy to the sculpture due to its fragility.  NGA took the sculpture off display for 10 days due to the vandalism.

The below condition assessment from NGA Object Conservation on the Little Dancer Aged Fourteen, by Edgar Degas (1878-1881) was made shortly following the incident:

Immediately following de-installation no apparent damage was observed by the sculpture conservators and this was confirmed after examination in the conservation lab.

The Little Dancer has a history of visible cracks through both knees, left ankle, and around the perimeter of both ballet slippers. Even when cracks do not appear changed to the naked eye, microscopic and cumulative damage is

UNCLASSIFIED//FOUO

| | | |
|---|---|---|
| Investigation on | 05/10/2023 | at  Washington, District Of Columbia, United States (In Person) |

File #  374E-WF-3757641

Date drafted  05/10/2023

by  POWERS DAVID C

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

374E-WF-3757641

Continuation of FD-302 of __(U) Interview of the National Gallery of Art Conversation Team.__ , On _05/10/2023_ , Page _2 of 2_

always a concern. Damage is exacerbated by any movement, whether by vibration created when the plexiglass cover is hit or when the sculpture is physically moved to another location; Thursday's actions brought about both conditions.

The sculpture's complex construction makes her especially vulnerable. The Little Dancer is an inherently fragile figure composed of myriad materials: wood, clay, rope, paintbrushes, padding material, and wire, assembled over a metal armature, and covered by a thin skin of beeswax.  Adding to the vulnerability is an armature made of lead, a soft and malleable metal that is more susceptible to movement than iron or brass.

While the display case is being repaired and the sculpture is off view, conservators and imaging specialists will carefully scan the *Little Dancer* and create a high resolution, 3D profile of the sculpture to image details of the cracks so that measurable differences on a microscopic level can be quantified and changes in her condition can be monitored.

The *Little Dancer Aged Fourteen* is unique because it is the only sculpture exhibited during Degas' lifetime.

The condition assessment and photographs are attached as digital 1As.

# EXHIBIT B



UNITY HEALTH CARE

3020 14th St. N.W. ◦ Washington D.C. 20009 ◦ Phone: (202) 745-7300 Fax: (202) 238-8672

Upper Cardozo Health Center

**Client Name:** Joanna Oltman Smith
**Physician Name:** Kate Sugarman, MD
**Evaluation Location: Completed via Zoom**

To Whom It May Concern,

1. I am Kate Sugarman, MD. I have a BA from Harvard University, 1983 and an MD from Jefferson College, 1988. I am board certified in family medicine from Montefiore Medical Center, 1991. I have an active medical license from Washington, DC. I am on faculty at George Washington Medical School and Georgetown Law School. I am an attending physician at Unity Health Care and provide primary care to thousands of patients. I have met with patients who have been detained. I have reviewed scores of medical records of detained patients and am quite familiar with the medical care provided in detention.

2. On February 18, 2024, I conducted a detailed clinical interview and assessment of Joanna Oltman Smith virtually on Zoom. The interview and assessment lasted about one hour and 30 minutes. This exam was conducted on a volunteer basis, and I was not compensated for the time. In preparation for and subsequent to my interview, I reviewed Ms. Smith's extensive medical records. It is abundantly clear to me that there is no amount of time that is safe for her to be detained. Any amount of detention, even for one day, would risk causing her permanent disability or even death. Even the brief amount of time when she was detained in 2023 caused severe shoulder damage that resulted in her requiring orthopedic surgery. Below is a more detailed summary.

Ms. Joanna Oltman Smith's Account and Medical Records Review:

3. Ms. Smith is a 54-year-old female suffering from chronic, debilitating poor health.

4. I reviewed the most recent medical report written on February 20, 2024. On that date Ms. Smith had an extensive history and physical examination performed by Dr. Amy Kontorovich, Director of the Mt. Sinai Center for Inherited Cardiovascular Diseases. Dr. Kontorovich confirmed Ms. Smith's diagnosis of Hypermobile Ehlers Danlos Syndrome (hEDS). hEDS means that Ms. Smith has a genetic and debilitating collagen disorder that renders joints all over her body hyperextendable leaving her prone to have her joints easily injured. As a result, her joints often need urgent surgical repair.

5. Dr. Kontorovich's recommendations were quite clear and emphatic. Since Ms. Smith suffers from most of the joints in her body being hypermobile and quite delicate, she requires a very specialized form of physical therapy most days of the week. Standard

physical therapy could damage her joints even more. Dr. Kontorovich's center has specialized physical therapy which is otherwise exceedingly difficult to find.

6. Due to her joints being hyperextendable, Ms. Smith required multiple surgeries, often urgently. These surgeries include but are not limited:

   a. 2014 - surgery to repair a labral tear in her right hip.

   b. 2017 - a full right hip replacement.

   c. 2021 - right elbow surgical repair.

   d. July of 2023 - left elbow surgical repair.

   e. October of 2023 - right shoulder surgical repair.

7. Ms. Smith's collagen disorder impacts her connective tissue and ligaments so that her body does not properly support itself. As a result, she has chronic joint, tendon, and muscle pain in her pelvis and lower back, shoulders, elbows, knees, and hips. She also has sore and arthritic feet, stiff and weak hands, and stiff neck, wrists, and ankles. She has had multiple joint surgeries, none due to any specific injury, but rather deterioration of cartilage and ensuing premature osteoarthritis. These include a right hip labral tear and resurfacing arthroscopy in 2014 which failed followed by a full hip replacement in 2017, right elbow tendon repair 2021, left elbow tendon repair 2023, and right shoulder rotator cuff, resurfacing, and tendon repair 2023. The latter are likely related to law enforcement injuring her during her National Gallery protest in early 2023; despite informing them of her disability, they handled her roughly and left her in restraints that hyperextended her upper extremities for several hours.

8. To manage her joint pain, she is on prescription medication duloxetine which partially dulls her neural pathways. Her joint pain precludes heavy lifting or maintaining the same position for prolonged periods of time, especially standing. She also must get daily, moderate, low-impact exercise such as stretching, walking, dance, and cycling to keep her joints from freezing up. She requires regular bodywork including massage and physical therapy, warm baths and hydrotherapy, water massage and a warm pool class for people with arthritis. She also needs to have pain management care from a specialist on a routine basis, such as cortisone and gel injections and nerve ablations to prevent further surgeries

9. On April 27, 2023, Ms. Smith was arrested. Prior to her arrest, she had been experiencing pain in both elbows and her right shoulder for several years due to wear and tear from her hEDS.

10. At the time of Ms. Smith's arrest, previous steroid interventions and their anti-inflammatory action allowed Ms. Smith to function well. Even so, she informed the employees at the National Gallery who detained her of her fragile condition and asked them repeatedly to not to push and pull her. Subsequently, they cuffed her in a hyperextended position and made her stand that way for at least an hour, which worsened her right shoulder rotator cuff tear, biceps tendonitis, ACJ arthrosis and subacromial impingement. As a result, in October 2023, she needed complicated and risky surgical repair performed by a highly specialized orthopedic surgeon and spent many months recovering from the injury and surgery.

11. Dr. Kontorovich also confirmed that Ms. Smith suffers from Postural Orthostatic

Tachycardia Syndrome (POTS.) This means that Ms. Smith cannot properly regulate her heart rate and blood pressure. Ms. Smith also suffers from premature coronary artery disease. Despite taking high dose, high intensity cholesterol medicine known as "statins" it is critical that she always eat a heart healthy diet which means plentiful fresh fruits and vegetables, lean proteins, and whole grains, none of which is available in a prison setting. In addition, she needs specialized daily exercise that is also not possible in a prison setting. Indeed, she was recently accepted to the Mt. Sinai Cardiac Rehabilitation Clinic, where she is undergoing a multi-month, physician-supervised physical therapy program including active EKG monitoring to address her systemic dysautonomia.

12. Treatment for Ms. Smith's cardiovascular issues primarily involves a combination of medications that protect the heart and blood vessels, regulate pulse, and blood pressure, and remove excess fluid from the body. Taking a combination of medications every single day is crucial for management of heart disease. In addition, lifestyle modifications (e.g.: stress reduction, healthy sleep) are important to make sure symptoms do not get worse. Regular follow-up with a cardiologist is recommended to assess for response to therapy and to titrate medications as needed, and careful management of other chronic conditions is imperative.

13. Ms. Smith has also been diagnosed with hemorrhoids, which were so severe that she required surgical intervention in May 2018.

14. Ms. Smith also has chronically poor digestion, also related to hEDS, which requires a specialized diet and regular care by gastroenterologists. She has been diagnosed with idiopathic constipation that is non-responsive to all available medication, although she is currently on pyridostigmine which is supposed to increase muscular sensation, but so far has not. A sitz marker test confirms severe lack of motility, which follows as her digestive organs and pathways lack elasticity. This has also been diagnosed as irritable bowel syndrome, for which she is on a vegetarian, low-diary, high fruit and cooked vegetable, high whole grain and fiber diet with high hydration and electrolyte supplements. Due to slow digestive processing, she has a low appetite that must be supplemented with liquid high protein meal replacements. She has some difficulty swallowing and has been diagnosed with silent reflux that leaves her esophagus and the back of her mouth inflamed. Her abdomen is distended and bloated, and she suffers from serious flatulence. She also has early onset high cholesterol levels for which she takes a statin, but she also must be careful about her cholesterol intake.

15. She has extreme temperature intolerance to both hot and cold temperatures. It takes her a long time to regulate her internal temperature. Although she is medicated for hypothyroidism, she has extremely poor circulation in her extremities, and needs to protect her feet, hands, and nose from cold. It does not have to be extremely hot outside for her to flush and sweat profusely, and she suffers from extreme discomfort above 80 degrees or so, with electrical/nerve shocks in her neck and head when she overheats. She gets overheated and has muscle fatigue quickly when she exerts too much physical energy such as cardio exercise, heavy housework, climbing stairs, etc. She is also peri-menopausal and takes hormone replacement therapy to help manage her temperature issues.

16. Because of the extreme nature of her physical structure, she requires at least ten hours of sleep each night and multiple periods of supine, non-weight bearing rest during the day.

Her pain and the quality of rest she receives are interrelated. She also requires elaborate sleeping support to prevent subluxations and joint pressure, including special mattress toppers and pillows to support her shoulders and knees, as well as a special head pillow that supports her cervical spine which has several misaligned discs that cause stiffness and pain.

17. She has tenderness to physical touch in many areas of her body which in addition to the hEDS pain explained above has also been diagnosed as fibromyalgia. She must wear comfortable, natural fiber clothing to regulate this, as well as her temperature issues. She must be physically handled very gently, as her skin is fragile and prone to scratches and bruising in addition to her pressure/touch sensitivity.

18. She has recurrent headaches that are related to the weather, sleep posture, and tooth grinding for which she wears a special nighttime mouth guard. She has tinnitus that responds poorly to loud environments and sudden positional and elevation changes. These changes also make her lightheaded.

19. Her physical ailments, family history and past traumas have left her vulnerable to mood disorders. She has been diagnosed with both anxiety and depression which do not respond well to high stress environments or physical triggers as outlined above. The duloxetine seems to help, although this is not why she takes it. She needs vitamin D supplements, light therapy in the winter months, and regular counseling with her psychiatrist.

Visual Physical Exam:

20. I conducted a visual physical examination of Ms. Smith via Zoom, which revealed multiple findings related to the adverse effects of hEDS on her joints (pictures of these scars are attached to this affidavit):

   a. Right shoulder – three red raised scars about 7 mm in diameter consistent with arthroscopic surgical repair of her right rotator cuff.

   b. Right elbow - 3 cm linear scar consistent with the surgical scar of her right elbow tendon repair.

   c. Left elbow - 5 cm linear scar consistent with her left elbow surgical repair.

   d. Right hip – 7 cm linear scar consistent with her left hip surgery.

   e. Front right hip - pale scars from a failed right hip arthroscopic surgery.

   f. Abdomen - well-healed scar consistent with her abdominal surgery (granular cell tumor and abdominal reconstruction).

Health Conditions without Diagnosis:

21. Current health conditions that bother her which nobody can figure out: She has many itchy lipomas on her legs and arms. She gets blistering rashes on her forearms. Occasionally, she has weeks-long rashes on her trunk. She develops pustule blisters/ nodules on her hands, especially when she is feeling physically run-down. None of these dermatological conditions have been diagnosed yet aside from a past diagnosis and major excision of melanoma which requires annual skin cancer checks and frequent biopsies. She also has a persistent lower right abdominal pain which may be related to her poor

digestion, a few decent-sized fibroids, a persistently swollen lymph node, and/or something else no doctor can diagnose.

22. A few past health issues, unexplained all, if relevant: Hospitalized in isolation for a week for extremely high fever and severely swollen hands. She was unable to walk due to foot pain for several weeks after another high fever. She experienced severely swollen ear cartilage accompanied by an extensive, itchy rash on her neck and scalp. These, as well as her dermatological symptoms, may be related to her hEDS which can cause Mast Cell Activation Syndrome (MCAS) which has yet to be ruled out. Finally, her bloodwork sometimes returns positive ANA and double-stranded DNA antibody results which may indicate an additional auto-immune condition.

23. It is my professional medical opinion that incarceration would immediately put Ms. Smith at risk for further health complications. Any period of incarceration would compound this risk and, as she has already experienced, incarceration could lead to delays in diagnosis and care, improper monitoring, and suboptimal management.

Co-morbidities:

24. One of the hallmarks of preventative medicine is lifestyle modification, which includes changes to diet and a regular exercise regimen, both of which are not only encouraged, but necessary to prevent life-threatening complications. Regular and uninterrupted access to medication is also critical to management of various co-morbid health conditions. Studies have demonstrated that lack of regular access to medication regimens can lead to increased blood pressure and cholesterol levels. Lack of medication treatment is also associated with overall higher hospitalization rates and mortality.

25. Access to healthcare for chronic conditions, including hEDS and POTS, can be challenging in carceral facilities. The healthcare provided in detention facilities is inadequate and raises concerns about safety. These conclusions are supported by numerous governmental, non-governmental, and investigative reports over the past decade which have found evidence of substandard medical care in detention facilities, deficiencies in hygiene and sanitation, and a lack of oversight and accountability.

26. If Ms. Smith were incarcerated, she in all likelihood will not have access to the foods she can tolerate, which would make it increasingly difficult for her to improve her health status. Similarly, her heart disease makes it critical that she eat a heart-healthy diet that simply is not available in a carceral setting. Any period of incarceration would compound these risks; as she has already experienced, incarceration could lead to delays in diagnosis and care, improper monitoring of her conditions, and suboptimal management. Prolonged incarceration would put Ms. Smith at increased risk for deterioration of her health conditions, severe impairment of function and quality of life, and premature death.

Conclusion:

27. From my extensive experience with incarcerated patients and medically fragile patients

like Ms. Smith it is abundantly clear that there is no safe amount of time for her to be detained. Ms. Smith already has premature heart disease. Cardiac rehabilitation has been recommended, and it is critical that she receive this to prevent stroke, heart attack, and death. Cardiac rehabilitation is vital to Ms. Smith and would not be available to her in prison. In addition, Ms. Smith's POTS requires a highly specialized diet and the opportunity to exercise consistently, which is not available in prison.  Finally, the 90 minutes in which Ms. Smith was detained in a stress position following her arrest at the National Gallery resulted in her previously functional shoulder requiring complex surgery with a very long period of recovery.  Any further detention in a prison setting would be highly likely to exacerbate this injury and cause new ones due to Ms. Smith's fragile condition.

Respectfully submitted.

Kate Sugarman, MD

April 11, 2024

**Images:**



Image A



Image B



Image C



Image D



Image E



Image F

Please feel free to contact me at ksugarman@unityhealthcare.org with any questions.

Sincerely,

*Kate Sugarman*

**Kate Sugarman, MD**
**Family Medicine**
**Unity Health Care**

## Kate Sugarman, MD

11909 Enid Drive, Potomac, MD 20854 ● (202) 469-4699 ● ksugarman@unityhealthcare.org

**EXPERIENCE**

**Unity Health Care, Washington DC**
Family Physician, June 2010-present

**Community of Hope Health Services, Washington, DC**
Family Physician, November 2003 – May 2010

**The Lighthouse AIDS Clinic, Kaplan Hospital, Rehovot, Israel**
Family Physician, November 2001-June 2002

**Ambulatory Clinic, Kibbutz Gezer Gezer, Israel**
Family Physician, September 2000-June 2001

**Palestinian Israeli Health Care Group, Hebron, Israel**
Co-founder and Coordinator, June 1997-September 2000

**The Open Clinic, Tel Aviv, Israel**
Family Physician, September 1998-June 1999

**Kupat Holim Macabi (HMO), Rehovot, Israel**
Family Physician, October 1996-March 1997

**Albert Einstein College of Medicine, Bronx, New York**
Clinical Instructor of Family Medicine, March 1995-March 1996

**Young Mothers Drug Treatment Program, Bronx, New York**
Medical Director, July 1993-March 1996

**Montefiore Family Health Center, Bronx, New York**
Attending Physician Family Medicine, July 1991-March 1996

**Montefiore Medical Center, Bronx, New York**
Resident Physician, Family Medicine, July 1989-June 1991

**Montefiore Medical Center, Bronx, New York**
Intern, Family Medicine, July 1988-June 1989

**EDUCATION**

**Jefferson Medical College, Philadelphia, PA**
M.D., awarded 1988

**Harvard College, Cambridge MA**
B.A. cum laude, General Studies, 1983

65

**LICENSES**

Licensed physician, District of Columbia
Diplomate, National Board of Medical Examiners
Diplomate, American Board of Family Practice

**FACULTY APPOINTMENTS**

Georgetown University Law School, Washington, DC
Center for Applied Legal Studies, 2016

George Washington School of Medicine and Health Sciences
Clinical Assistant Professor of Medicine 2023

**SELECTED PRESENTATIONS**

- Presenter, "The Role of Primary Care in the Treatment of Survivors of Torture and Trauma," Students for Global Health Conference at the University of Maryland School of Nursing, April 19, 2017.
- Presenter, Forensic Evaluations of Survivors of Torture," Yale University Department of Psychiatry, April 21, 2017.
- Presenter, "The Role of Primary Care in the Treatment of Survivors of Torture and Trauma," University of Southern California, Nurse Practitioner Primary Care Program, July 7, 2017.
- Presenter, Forensic Evaluations of Survivors of Torture, Physicians for Human Rights Annual Medical Student Convention, November 2017.
- Presenter, Forensic Evaluations of Survivors of Torture, Physicians for Human Rights Annual Medical Student Convention, November 2018.
- Presenter, North American Conference on Refugee Health June 2019 Toronto, Canada. Medical legal partnerships on behalf of refugee health.
- Presenter, North American Refugee Health Conference June 2022 Cleveland, Ohio. Medical legal partnerships at the U.S./Mexico border.
- Panelist, "What Covid has taught us about Navigating Medical and Mental Health Issues for Detained Clients," 2022 Partners for Justice Conference, May 26, 2022

**AWARDS**

- Community Service Award, American College of Physicians – DC Chapter, November 2017.

**LANGUAGES**

Spanish and Hebrew

# EXHIBIT C

**Brad Lander**
**256 13th Street**
**Brooklyn, New York 11215**

April 15, 2024

Judge Amy Berman Jackson
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W., Washington D.C. 20001

Your Honor,

Thank you for the opportunity to provide this character reference on behalf of Joanna Oltman Smith, and to urge you to show leniency in her sentencing.

I currently serve as the Comptroller of the City of New York, the city's chief financial officer, a position to which I was elected in 2021. I write this letter in my personal capacity, not my official one; however, I would never do anything that I thought was not aligned with the mission of my office, which includes promoting the integrity of New York City government.

For more than a decade, I have known Ms. Oltman Smith as a volunteer and community leader who has worked hard to make our neighborhood and city a better place. When I served as a New York City Councilmember, I was pleased to appoint her as a member of Brooklyn's Community Board Six, an appointed body that advises City government on land use, transportation, the City budget, and service delivery in the district. She was a remarkably dedicated member, with one of the best records not only for attendance and participation, but for finding respectful ways to contribute to deliberation, debate, and decision-making.

She has taken part in extensive "safe streets" work with a number of organizations dedicated to promoting safety for pedestrians, cyclists, and motorists alike. She has served on the 78th Precinct Community Council, the Prospect Park Community Committee, and many other organizations. Over the years, she has participated in countless community meetings and events, public hearings, and City Council meetings with the goal of improving our community, including addressing the risks of climate change. On the few occasions when Ms. Oltman Smith and I have disagreed on issues, she has presented her questions and concerns clearly, passionately, and thoughtfully, with a focus on the long-term good of the community.

I am aware that Ms. Oltman Smith has pleaded guilty to one count of "causing injury" to the National Gallery of Art for smearing red and black paint on the case of Edgar Degas' ballerina sculpture as part of a protest to draw attention to climate change. While I do not condone her actions, I can assure you that she is a dedicated community leader, a good neighbor, and a humble person who consistently puts others before herself. I urge you to show leniency in her sentencing. Thank you very much for your consideration.

Sincerely,

Brad Lander



# BROOKLYN
# COMMUNITY BOARD SIX

**Eric McClure**
Chairperson

**Michael Racioppo**
District Manager

April 10, 2024

The Honorable Amy Berman Jackson
Senior Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Senior Judge Berman Jackson,

We, the members of Brooklyn Community Board 6, write to urge leniency in the sentencing of Joanna Oltman Smith.

Ms. Smith served with distinction as a member of this board for a decade before stepping down in 2023, a role in which she was a passionate advocate for parks, the environment, and sustainability. She's also passionate about the arts, and it's clear that the protest in which she took part was calculated carefully so as not to cause any actual harm to the work of art around which the protest was centered.

Joanna has devoted countless unpaid hours to serving her community, and we hope that you will consider her extensive record of public service in rendering her sentence.

Sincerely,

*Eric W. McClure*

Eric W. McClure
Chair
On behalf of the full membership of Brooklyn Community Board 6

March 4th, 2024

Judge Amy Berman Jackson

Your Honor,

As Joanna Smith's husband, it seems likely that any testimonial of mine could be easily dismissed; partiality is all I have for the woman I love. Therefore, to respect your time, I will limit myself to objective and verifiable indications of the admirable woman that she truly is.

After a childhood being raised in public housing in Berkley by an alcoholic father and bi-polar mother, she excelled at Vassar College— graduating **Summa Cum Laude**, and winning a prestigious **Yale Beinecke scholarship**, (which fully paid for her Master's in Historic Preservation). Her last job before becoming a full time mother and advocate, was with the non-profit World Monuments Fund.

She has always volunteered. Even throughout college and her 20s— visiting the home bound elderly, (Visiting Neighbors), as a founding member of a PAC for street safety, (StreetsPac), at schools, libraries and parks.

She has always been effective; whether working directly with the local police, (79th Precinct), or as an official community liaison with the NYC Community Board. She was named a Citizen of the Month by our local NYC Council member. She has lobbied for women's issues, gun safety and for the environment. She has consistently spoken up within the system for children, fairness and justice. Joanna has always been brave.

Her's was a performance to try to improve the world with an explicit goal of not hurting anyone or anything. It pantomimed vandalism while being about as ephemeral as possible and still have the illusion hold. I regret to say, as in most things she does, she excelled. The prosecutorial reaction and news coverage speaks to it's emotional effectiveness— but I can but hope my wonderful wife of 24 years and mother of my glorious children is judged for the reality of her act and not for the outsized response it ultimately engendered.

Ian Lynch Smith

646 279 9180.  ian@nycsmith.com.

003

**From:** **Doug Gordon** douggordon@gmail.com
**Subject:** Character reference for Joanna
**Date:** June 5, 2023 at 7:35 PM
**To:** Ian Smith ian@nycsmith.com



Hi Ian,

I'm happy to provide a character reference for Joanna. I'm so sorry you all are going through this and figured this was the least I could do for her.

All the best,

Doug
----


To Whom It May Concern:

I have known Joanna Oltman Smith for at least a dozen years through neighborhood and community advocacy surrounding safe streets for pedestrians and cyclists. I've only ever known Joanna to be deeply committed to bettering the world around her and caring for other people. I was privileged to work with her and local elected officials in Brooklyn on a bill to protect people cycling from the risk of being hit by cars, just one of the many ways in which Joanna has devoted herself to making the world safer and better for her fellow citizens.

She has also been a colleague on Brooklyn Community Board 6 where I've known her to be a thoughtful and fair-minded volunteer, dedicated to one of the most local levels of democracy in New York City.

Joanna is a dedicated mother, wife, neighbor and friend. Anyone who has worked with her on issues affecting their community or even just their block knows how lucky they are to know her.

Sincerely,

Doug Gordon
Brooklyn Spoke Media
+1 646-431-8756
@BrooklynSpoke
brooklynspokemedia.com





**From:** **Ellen Meyers** ellen@ellenmeyers.com
**Subject:** Joanna reference
**Date:** June 6, 2023 at 12:33 PM
**To:** ian@nycsmith.com

Dear Ian,

I am honored to be writing a character reference for Joanna.  Joanna is a deeply committed, principled person.

I met Joanna a decade ago in the aftermath of losing my daughter, Hope Reichbach.  Hope was a community organizer working for our Councilman Steve Levin.  In that capacity, she met Joanna.  Joanna served on a community transportation committee chaired by Hope.

Broken and bereft after Hope's death, Joanna came in my life, so caring and supportive.  She decided my street—where Hope was born and raised—should be named for Hope.  It was a two-year effort spear-headed by Joanna; now Bond Street is co-named Hope Reichbach Way.  I am so grateful.

In addition, Joanna has been a generous supporter of the Hope Reichbach Fund, a program that supports college students, on full scholarship, to do a paid fellowships in community organizing or public service, at Brooklyn non-profits.  Again, having Joanna's support has been very helpful in carrying out this work.

Please let me know how I can be of further help.  Best.

Ellen Meyers
646-244-9989

Eric W. McClure

June 30, 2023

Character Reference for Joanna Oltman Smith

To Whom it May Concern:

Please accept this letter of reference on behalf of Joanna Oltman Smith.

Joanna and I have known each other for about 15 years, first meeting through our involvement in efforts to improve pedestrian and cyclist safety in our neighborhood in Brooklyn, New York. She impressed me immediately with her intelligence and dedication and commitment to justice.

We were among the co-founders in 2013 of StreetsPAC, a political action committee and advocacy organization that supports candidates for elective office who demonstrate a willingness to advocate for safe streets and better public transit. We were also appointed at the same time to serve on Brooklyn Community Board 6, the most localized form of government in New York City, and for which I am now Chair. Joanna served CB6 with distinction for a decade before stepping down this spring, with a special focus on parks, environment, and sustainability.

Among her many accomplishments in public life, Joanna played a vital role a few years ago in the conception and eventual passage of a New York City law that permits cyclists to proceed at intersections in concert with a green pedestrian signal, a change that has improved safety for the city's hundreds of thousands of bike riders. That's just one of many examples of how she has worked selflessly to improve conditions for her fellow New Yorkers.

I know Joanna to be a person of the highest character, and someone who is both morally and ethically centered. She's fearless and passionate, honest and sincere, and I can think of very few people for whom I have the same level of respect as I do Joanna.

Should you have any questions or should you wish to discuss further any of the information and opinions above, please do not hesitate to contact me at (646) 522-2589 or emcclure@rolley.com.

Sincerely,

Eric W. McClure

**From:** **Evan Denis** evanrdenis@gmail.com
**Subject:** A character reference for Joanna
**Date:** June 15, 2023 at 3:29 PM
**To:** Ian Lynch Smith ian@nycsmith.com



Hi Ian,
Julie told me about what happened with Joanna and the protest. I'd like to help if I can, so here's a testimonial I wrote:

My name is Evan Denis, I'm a PhD student in mathematics at Stony Brook University. I first knew Joanna Smith as a friend of my mother's - they are in a poetry group together and often meet both online and in person to talk about that. I met her once or twice when out walking in Brooklyn.
I got to know her a bit better in the summer of 2021. I was in the process of moving back to NYC, and needed a place to stay while looking for an apartment. She was going on vacation with her family and needed someone to house-sit and feed her pets. My mother connected us and I house-sat for her for much of July and a bit of August. The family was not on vacation all the time, so I had the opportunity to further our acquaintance.
She is a compassionate person, motivated by helping people. She is also distinctly non-violent. Her cats are rescued strays. She raised two sons to be kind, non-violent people as well. She volunteers to help the local park. I believe her concern for the state of the environment is genuine and stems from these same motivations. I cannot believe she had any violent, dangerous, or subversive objectives in taking part in what was a non-violent and non-destructive protest.

I hope you don't need it, of course, but if you use it I hope it helps. If my contact info is helpful to add, you can add this email address.
Thanks
Evan



**From:** **Fiona Spruill** fionaspruill@gmail.com
**Subject:** character witness for Joanna Smith
**Date:** June 12, 2023 at 3:22 PM
**To:** Ian Smith ian@nycsmith.com

To whom it may concern:

I am writing to tell you about Joanna Smith, whom I have known for 22 years. I know Joanna to be a kind, considerate and concerned citizen both in my neighborhood in Brooklyn, and out in the world. She is selfless in her actions and unafraid to stick up for underrepresented communities.

She went to college with my husband at Vassar. I know her to be a well-educated, art- and culture-loving person. She is the first one at a party to strike up an open-minded conversation with a stranger. I have watched her raise two smart, kind boys with her husband Ian, with whom she has a loving partnership.

I have a 10-year-old daughter, and I hope she will grow up to be the kind of concerned citizen that Joanna is.

Sincerely,
Fiona Spruill

**From:** **Fritz Beshar** fritz.beshar@gmail.com
**Subject:** Character reference for Joanna Oltman Smith
**Date:** June 5, 2023 at 6:41 PM
**To:** ian@nycsmith.com



I have known Joanna Oltman Smith for approximately ten years through shared participation in a fiction book group of approximately twelve women here in New York City. The monthly book group meetings take place in members homes and as a result I have been in Joanna's home in Brooklyn and she has been in my apartment in Manhattan. I know Joanna to be a careful and insightful reader, a terrific cook, and a devoted wife and mother. Joanna is generous, courteous and respectful as a friend and as a member of this social group.

Joanna is genuinely concerned about climate change and the effects it will have on the lives of future generations, including those of her young sons. Her protest actions are motivated by a rational fear that time is running out due to increasing risks of unstoppable feedback loops set off by ever-increasing emissions of warming gases. Joanna is terrified for what the future holds and believes we face a global existential crisis. These are sincerely held beliefs which push her to take extreme actions in hopes the problems receive the attention needed to bring about solutions proportionate to the scope of the planetary emergency.

Joanna seeks to take personal actions in response to a uniquely terrifying prospect of planetary crisis. I know her to be sincere in her beliefs and convictions, and imagine her actions were taken in utter desperation. The desperation she feels is real; many of us feel terrified for the future of this planet. Many of us have acted and worked in many different ways to try to stem the climate crisis, and yet we see that emissions have only risen. What are we to do? This is the question drives many a "reasonable person" to despair and desperation. I write this letter in hopes that the context and motivation for Joanna's actions, as well as her upstanding character, will be weighed fully in determining the outcome of her case.

Respectfully submitted,

Fritz Beshar
530 East 86th Street, Apt 14a
New York NY 10028-7535



**From:** **heidi stillfilms.tv** heidi@stillfilms.tv
**Subject:** Jo
**Date:** June 6, 2023 at 7:06 PM
**To:** Ian Smith ian@nycsmith.com

Hi Ian and Joanna,
I hope my letter is not too lame, but heartfelt. I'm so sorry for all you must be feeling right now.  We are in your corner and will do whatever we can.
Xo

To Whom it may concern,

We have know Joanna Smith for almost 15 years, since our kids were in an artists preschool together. We have also lived on the same block in Park Slope where Joanna
is a big part of making our bi-annual block party a success for all the kids.  She arranged to have bike safety lessons and learn to ride events during those parties.
We've gotten to know each others families slowly over a decade mostly at these events along with lovely parties at their home.
We found Joanna to be a great neighbor, someone who is committed to Safe Streets initiatives,
involved in local civics orgs, attending city council meetings, etc.  Always passionate, and caring for her community.  I have always admired how she shows up and speaks out for
our community.  That is something that most of us just can't find the time for, no matter how passionate we feel about issues. She makes things happen in our community and we are all better for it and grateful for her efforts.

She took our family into their home during Covid when our apartment construction was halted indefinitely during the very beginning of the pandemic.  We were not best friends, just good neighbors.
We were blown away and forever grateful for their generosity and hospitality. Again, not many people would do this. Joanna is an exceptional, kind, brave, and compassionate person.
We are so sorry to hear of the serious threats to Joannas freedoms and 1st Amendment expressions.  She is not a violent person and not a danger to the government.  Far from it.  She is a creative, passionate person trying to get us to care.
We need more people like Joanna in the world, to affect real and meaningful change in a world that feels so beyond saving.
Bless her for her optimism and her activism.

Heidi Teuscher
Artist

010



January 16, 2024

To Whom It May Concern:

I write to you in support of Joanna Smith. By way of a brief introduction: I have known her since 1988, when we met as freshmen at Vassar College, and we have been dear friends ever since. I also write to you in my capacity as an educator, a former editor at *Artforum* magazine, and a working art critic who has contributed articles and columns to publications such as the **New Yorker**, the **Village Voice**, **4columns**, **Artforum**, **Bookforum**, as well as many others.

Joanna is one of the most conscientious, ethical, intelligent people I know—and she always has been. A model citizen and a tireless activist, she has devoted herself for decades to the common good, fueled by her endless compassion for others as well as her deep belief in the democratic ideal and its guarantee of equal rights for all, including the right to live on a healthy, thriving planet. I not only admire the strength of her convictions, but I have seen the very real changes she has effected in this city, and in the world. On a personal level, I can also testify to the fact that Joanna is loving, caring mother and wife, and a loyal, generous friend whose presence is cherished by all of those around her.

As a critic and teacher who has spent her career encouraging young artists, and writing and thinking about contemporary art and artists, I stand behind Joanna's action at the National Gallery of Art, believing it to be a responsible, effective, powerful yet gentle exercise of free speech. Joanna and her colleague Timothy Martin planned a thoughtful action on behalf of climate change awareness from which no harm could have possibly come to Edgar Degas's *Little Dancer Aged Fourteen*, which is safely encased in the museum's gallery. It is also fitting that they chose *Little Dancer*, a work that was, in its time, deemed radical, "too real" for those patrons who wanted art to idealize world rather than depict it as it is. As a political gesture, Joanna's action in fact celebrated the sculpture's original power, showcasing the little girl's resilience, while nodding to Degas's desire for his audience to possess a clear-eyed view on the perils of childhood, and the need to protect our children's future—which was Joanna's intended message too. I am grateful to Joanna for speaking up for our planet and our future, and I hope that you are able to take her compassion and courage into account.
With gratitude for your time,

Jennifer Krasinski
cel. 213.300.0999 • jennifer.krasinski@gmail.com

Mark Houtzager
7 Tring Ave, #3
London, W5 3QA
United Kingdom

mark@markhout.com
+44-755-376-8868

February 7, 2024

Subject: Character Reference for Joanna Oltman Smith

To Whom It May Concern

I am a U.S. Citizen and am currently employed as a finance executive for Starbucks. I reside in the United Kingdom.

I am writing this letter to provide a character reference for Joanna Oltman Smith, a remarkable woman who has been a cherished friend of our family for two decades. I have had the privilege of knowing Joanna for these twenty years, during which time I have witnessed her unwavering commitment to various causes and her dedication to making our community a better place.

Joanna's involvement in our community is truly exceptional. As a founding board member of Streetspac, she has played an integral role in advocating for safer streets and improved transportation systems. Her tireless efforts have resulted in positive changes that have benefited countless individuals and families in New York City.

Furthermore, Joanna has been a devoted police-community liaison volunteer, bridging the gap between law enforcement and our community. Her ability to foster understanding, cooperation, and trust has been instrumental in strengthening the bond between our local police department and the citizens they serve.

Joanna's passion for the environment is equally commendable. She has been a vocal advocate for environmental preservation and sustainability, consistently working to raise awareness about critical environmental issues. Her leadership in this area has inspired many to take action and make positive changes in their own lives.

As a parent to her two sons, Wyatt, 18 years old and Jasper, 20 years old, Joanna has demonstrated exceptional parenting skills, instilling values of empathy, responsibility, and community engagement in her children. Both of her sons have grown into outstanding individuals, a testament to Joanna's love, guidance, and nurturing.

Joanna's commitment to the environment and her dedication to lifelong learning have made her a well-educated and well-rounded individual. She possesses the knowledge and skills to contribute positively to society in various capacities.

It deeply saddens me to learn of Joanna's current situation and the legal challenges she faces. Based on my two decades of knowing her closely, I firmly believe that Joanna is a person of integrity, compassion, and a strong moral character. The charges against her appear to be out of character, and I trust that a thorough legal process will provide clarity and justice.

I am willing to testify in court on Joanna's behalf, should my perspective be required. Please do not hesitate to contact me at +44-755-376-8868 or mark@markhout.com if you need any additional information or further insights into Joanna's character.

I hope that the court will take into account Joanna Oltman Smith's extensive history of community service, her dedication to important causes, and her contributions to society when considering her case.

Thank you for your attention to this matter.

Sincerely,

Mark Houtzager

Your Honor:

Joanna Oltman Smith is someone I like, someone I trust, and someone I admire.

I met Joanna when my son and hers started middle school. A school bus attendant suggested the boys would be friends and indeed they have been ever since. Their family has shown my son and my family nothing but kindness and generosity and warmth over the years.

I admire Joanna's commitment to her civic duty from a personal level and from the point of view of an activist. Joanna shops in thrift stores so as to correct the harm of consumer goods on the planet. She bikes around the city to meetings and events. She sat on the Community Board for her district in New York City. She leads by example and she shows up for people personally and as an activist. She's trying to do her part to bring about urgent change as we face a climate crisis.

They are a close family and her two sons are exemplary young people who are wonderful in their own rite, but also a credit to Joanna and Ian's parenting. If you were to stop into their home on a Saturday afternoon you might find the four of them reading novels or playing a board game together. Dinners are filled with laughter and smart conversation. All of that stems from Joanna and Ian's values.

Joanna made sure our family was invited to a group camping trip among school families each year. She always made sure our son was included whether our family went or not. My son describes them as the single most welcoming family he's ever known.

Joanna and I have bonded over the fact that we both have struggled with severe back and hip pain - though hers has been worse requiring surgery and extensive rehabilitation. Living with pain is not easy and Joanna always did that with grace. In spite of this pain Joanna has been showing up at protests and actions in defense of the climate.

Joanna's work as an activist is intended to appeal to the public conscience. To raise awareness. To sound the alarm. This activism is only intended to help protect the public and future generations.

I work in the field of documentary film and what I have come to love about the work is that the filmmakers themselves and their subjects are driven by a passion

to illuminate important issues for the benefit of all. It's a passion that is both personal and altruistic.  Where would we be as a society without the work of journalists, filmmakers and activists demanding our attention to urgent moral and political crises?

I hope this bit of context about what kind of person Joanna is is meaningful to you as you consider what would be a proportional and appropriate consequence for her non-violent harmless and deeply conscience-based actions.

Sincerely,

Molly Thompson
302 23rd Street
Brooklyn NY 11215

December 22, 2023

**From:** **Nancy Black** nbb@westnet.com
**Subject:** Character reference for Joanna Oltman Smith
**Date:** June 8, 2023 at 3:58 PM
**To:** ian@nycsmith.com



To Whom It May Concern:

I know Joanna Smith to be a caring, responsible person who would never conspire against the government of the United States. I have been a member of Brooklyn Monthly Meeting of the Religious Society of Friends (Quakers) for over 50 years. Joanna is a friend of my daughter and a frequent attender of our Meeting. I first met her through her aunt who was a respected member of Scarsdale Friends Meeting and a founder of a retirement community near there, Kendall on Hudson.

Yes, Joanna is an activist, motivated by her love of the earth and her belief that we need to do more to combat climate change and protect the earth. She is also an active member of the community in which she lives and volunteers for Good Neighbors of Park Slope, an all volunteer, non-profit, aging-in-place organization open to residents of Park Slope and surrounding areas who are age 50 and over.

Nancy B Black

nbb@westnet.com

From: **Nikolai Mizhen** nikolaimizhen@gmail.com
Subject: Character letter for Johanna Smith
Date: December 17, 2023 at 12:54 PM
To: Ian@nycsmith.com



Dear judge or jury or whomever.

My name is Nikolai Mizhen (he/him, 17). I have known Joanna Smith since 2018, because my older brother is friends with her younger son Wyatt. Johanna is one of the kindest, most intelligent, non judgemental people I've ever met. She is one of the few adults that I trust as always having good intentions and an open mind. She has honestly given me hope that there are any adults around that give a crap about the future generations and the planet that we will be living on. Joanna is also a true artist... lots of people look at art but I think she is one of the few that truly bothers to See it. All this to say, she is a person would absolutely NEVER do anything with the intention or outcome of endangering art. I hope that you will understand that Johanna has a truly kind soul and all of her actions are always rooted in a love for humanity, art, and our planet.

Regina Baird Haag
512 Pitt Hall Road
Old Chatham, New York 12136
518-366-1775


June 14, 2023


To Whom it May Concern,


I am writing to provide a character reference for Joanna Oltman Smith. I have known Joanna for at least the last 7 years. She is a member of my faith community; one who is recognized and affirmed for her efforts and actions concerning social and climate justice. Joanna is a person who I recognize as having high moral integrity and compassion for ALL. She has been active in a number of causes and activities that show and share an ongoing commitment toward issues that require radical attention by humanity to enable our world to become a better place. I can also say that she would not ever intentionally cause damage or destruction to objects that are highly regarded as important works of art. I wholeheartedly support her endeavors to witness and advocate on behalf of causes that are vital for our wellbeing as a society. "Speaking Truth to power" is a historically and ethically valid way of calling attention to the serious nature of climate concerns.


Respectfully submitted,


Regina Baird Haag



**From:** **Tess Congo** tesscongo@gmail.com
**Subject:** Character Reference
**Date:** June 5, 2023 at 3:35 PM
**To:** Ian Smith ian@nycsmith.com

---

Hi Ian,

I saw Joanna's email, and if it's helpful I've provided a character testimony below:


To whom it may concern,

I am writing regarding Joanna Oltman Smith's character. I met Joanna through a NYC poetry community called Sweet Action where we workshopped poems together and did readings together. I would estimate that Joanna and I met somewhere between 2016-2018. At that time, my communications with Joanna were largely limited to group settings. However, that changed when I was struggling with housing between 2019 and 2020. For 3-4 months, Joanna and her husband Ian opened their home to me, providing me a spare bedroom at no cost while I got back on my feet. They refused to accept any money while I remained with them, and their kindness and generosity helped carry me through a very difficult period. It was while living with Joanna, Ian, and their two sons that I was able to see a fuller picture of Joanna as a human being, mother, and community member.

What I learned about Joanna is that she's a deeply caring individual. The enthusiasm, passion, and love she has for community, her family, the environment, and by extension, the United States is admirable and inspiring. As a mother and human, she strives to improve the wellbeing of the planet to insure a healthier future for all of us. I can also vouch for Joanna's role as a mother. I grew up in a complex home environment, and while living with Ian and Joanna, it was so heartening to see a family work so beautifully together in tandem. Joanna and Ian's sons are some of the most well behaved, peaceful, and healthiest teenagers (teenagers at that time) that I've ever met. Their home is peaceful, loving, and beautiful which is a tribute to both Joanna and Ian.

I am deeply concerned that the United States would question Joanna's intentions as a caring citizen. This is a woman, mother, poet, and citizen who strives enthusiastically to contribute to the wellbeing of our country, and I hope the powers that be overseeing her case can recognize that.

If there is further testimony needed on behalf of Joanna's character, I'm happy to provide it. Thank you for your time.

Best,

Tess Congo
TessCongo@gmail.com



**From:** **Andrea Elish** andreaelish@gmail.com
**Subject:** Joanna
**Date:** June 10, 2023 at 12:10 PM
**To:** Ian Smith ian@nycsmith.com

Hi Ian,

For Joanna…

I have known Joanna Smith since 1988, when we both entered Vassar College. An engaged participant in campus life, since then Joanna has continued to dedicate herself to improving the communities in which she and her family have lived and maintained many close relationships.

Individually and through philanthropic and activist groups, over many years Joanna's work has ranged from coordinating public safety outreach with local police officers to raising environmental awareness through peaceful protests.

A long standing member of a Quaker community in upstate New York, Joanna's dedication to peaceful, non-violent protest has always informed her choices and actions.

Joanna is a kind and generous friend, an excellent and caring mother, thoughtful, and passionate about her work. Her values and sense of individual responsibility drive her to take action where she thinks that she can best make a difference.

Your Honor,

I am writing to provide a character reference for Joanna Smith, who has recently been arrested for her participation in a peaceful protest. I have known Joanna and her family for almost twenty years. She's a dear friend and an amazing human being - especially as a role model parent and admirable and impactful social activist - which led her to the symbolic, NON-violent actions of April 27, 2023.

I am aware of the charges brought against Joanna and her plea. And I understand she is to appear before the court for sentencing in April. When deciding the sentencing for this event - where no permanent damage occurred - I'm asking to please consider extreme leniency with this sentence - given Joanna's history of significant community accomplishments, reputation for influencing peaceful protests and plight for what's right.

Joanna is a person of passion and integrity, with a deep sense of responsibility for and commitment to equality, our children and our environment. Ever since I've known Joanna, she has been actively involved in the betterment of our community and safety and education of our children. We first met where she was involved in educating our toddlers about the important role of nature and wildlife in our lives. We also worked together to fundraise for the playgrounds of Prospect Park. Several years ago, she was responsible for enacting safety laws to protect our neighborhood streets for our children. She continues to prioritize her active involvement in critical and positive changes in our community - always in a non-violent yet impactful manner.  She has consistently advocated for respectful means of expression and has played a crucial role in organizing events that foster open and inclusive dialogue for positive change.

It is very apparent that Joanna's NON-violent actions were driven by her passion, concern and fear for the future of our environment and for our children.  Her symbolic and Non-violent actions (using water-soluble paint on the protective covering of a Degas sculpture of a child) were merely to call attention to our environmental crises and provide a voice to the voiceless - our children.   As part of her community involvement, Joanna is a significant contributor and patron of the arts - and would never do anything to jeopardize that.  While I do not wish to downplay the legal aspects of the situation, I believe it is important for the sentencing to consider Joanna's history of civic engagement, dedication to community improvement and commitment to the principles of peaceful protest.  We need more Joanna's to lead the plight to protect our environment and kids!

I thank you for considering this reference.  For any further information or clarification, please feel free to contact me at 646-831-9222 or anneebaker@outlook.com.

Sincerely,  Anne Baker



**NEW YORK CITY** COLLEGE
OF TECHNOLOGY
THE CITY UNIVERSITY OF NEW YORK
300 JAY STREET, BROOKLYN, NY  11201-2983 NAMM 401 •
(718) 260-5135 • FAX: (718) 254-8530

June 6, 2023

To Whom It May Concern,

I am writing on behalf of Joanna Oltman Smith, a friend and colleague, who I've known for fifteen years.  Our kids went to school together in Brooklyn.  And we've stayed in touch as they both graduated and gone to college, at Vassar and UCLA respectively. I've seen Smith at City council meetings advocating for safer bike infrastructure when a child in our community was run over by a car a matter of days before his Bar Mitzvah.  I've been arrested with Smith in an act of non-violent civil disobedience for voting rights. For Smith, this is a matter of doing everything she can do with all the tools at our disposal.  She knows that in order to draw attention to causes that matter, sometimes we need to be creative. With love of community, her children, and all of our children in mind, Smith maintains the principles of the King/Gandhian principles of peaceful, non-violent civil disobedience. Smith takes our democracy, community, and health very seriously. She hopes to support a healthy, livable world for all of us.  Regarding property destruction and art, I am a firm believer in the power of art to transform lives. My mother was an art historian. My kids study art history. My wife is an artist. I love art.  And want to see it maintained.  I firmly believe the acts of non-violence that Smith and company engaged in were peaceful.  And put no art at risk.  Instead, they were designed to further the way of truth and science in much the same ways that Gandhi's work furthered notions of truth and justice. As a mom and advocate, she hopes to pass on a better world to all of our children.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Benjamin Shepard PhD, LMSW
Professor, Human Services Dept.
CUNY/NYC College of Technology 300 Jay Street.  Brooklyn, NY  11201
bshepard@citytech.cuny.edu
917 586 7952

**From:** **Betsy Guttmacher** betsygd88@gmail.com
**Subject:** character reference for Joanna
**Date:** June 6, 2023 at 9:55 AM
**To:** Ian Lynch Smith ian@nycsmith.com



Hello Ian - please feel free to tweak as needed to better support Joanna - and know that I'm here for whatever else she needs!

To whom it may concern -

I have known Joanna Oltman Smith for the past 8 years. She is an outstanding member of her community, kind, generous with her time and possessions, extremely thoughtful, responsible and committed to peacefully raising awareness for the defining issue of our time - preventing worldwide ecological disaster. Our friendship began as members of a poetry collective that meets twice a month, our commitment to growing as writers through rigorous supportive feedback has given me the opportunity to understand what motivates her as it is reflected in her writing. She cares deeply for the world all of our children - hers, mine, yours - are inheriting and I am grateful she has dedicated herself to speaking up for the protections that all life on earth needs and deserves.

respectfully,
Betsy Guttmacher

Betsy Guttmacher
reiki with betsy
718 938-9849

Blake Thomas
184 Garfield Place #1
Brooklyn, NY 11215


August 23, 2023


RE: Joanna Oltman Smith


To The Honorable Judge


I am writing on behalf of Joanna Oltman Smith. Joanna and I have been dear friends for over 20 years. We have raised our children side-by-side and, it has been an honor to be welcomed into the rich, warm, and diverse community she has gone out of her way to create. I consider her a role model and have referenced her character and sense of civic duty to my own children many times..

While being a deeply devoted mother, Joanna has always made time to participate in the betterment of our neighborhood. She has served on the Brooklyn Community Board 6 since 2015 and continues to serve as the Vice President of the 78th Community Council. She is a vital voice in Park Slope. Joanna worked tirelessly toward the approval and creation of our bike lanes and safer speed limits. She seeks out local candidates in whom she believes, campaigns for them and hosts fundraising/meet-n-greet parties for them. In addition to these contributions, Joanna was instrumental in keeping the arts program alive at our children's elementary school. She even brings Christmas cookies to our local police precinct.

She is one of the warmest and most welcoming people I have ever met. Over the years, she has hosted and cooked for countless dinner parties and musical hootenannies, bringing together a wonderfully eclectic group and creating neighbors out of strangers. She has been a force of integration, not division.

Joanna has a bravery I revere. But more than that, she is a doting mother to two young men of exceptional character and heart. Over the last two decades, I have been lucky enough to witness her as the thoughtful mother she is, with the silliness, depth, and tirelessness the job requires. She loves her boys with abandon. Her overwhelming desire is to make the world better for them and, by extension, for all of us.

Your honor, I don't know how this format really works. I want to say that my dear dear friend Joanna poses zero threat and that she has been scared to death by the consequences and aftermath of her actions. That while she is incredibly passionate about preventing further damage to our environment, she is equally passionate about the arts and would never have taken any action she thought would actually put such a treasured piece at risk.

Sincerely,

Blake Thomas

12/22/2023

Joanna Smith and I met when our oldest sons were in nursery school. As their friendship grew, so did ours. We have raised our children together since that time. Joanna's home is a place filled with intellectual curiosity, creative thinking, and generous concern for the world around us. She is my best friend because I admire her passion, honesty and commitment to making change when she believes something requires her attention.

I have watched with admiration as Jo has worked on various boards and committees in her home town of Brooklyn, NY on, among other issues, traffic safety throughout NYC. I have proudly seen her march and demonstrate to bring attention to the climate crisis that frightens our children, and, quite rightly,  all of us. She often takes action when other people feel too busy and too hopeless.

I have followed the protest at the National Gallery, closely, and firmly believe that Joanna's actions stemmed for her belief in the severity the climate crisis poses to us all. Furthermore, I know the use of washable finger paint to draw attention to the protest reflected her lifelong love of art and instead of being an act of destruction, as has been suggested, was a careful decision NOT to damage art, but instead to use art as a way to elevate the discussion around climate change. Joanna deeply loves and respects art and would never cause permanent damage to any work of art.

I hope, as she is sentenced, you will hold in mind the lifelong commitment Joanna shown to advocating for a better world for all of us. I believe she has suffered a great deal as a result of her actions and that no further punishment is necessary.

Thank you for your consideration,

Brennan Kearney
15 Center Street
Rhinebeck, NY 12572
646-773-1905

Bridget Kiley
33 Summer St #6
Somerville MA 02143

To whom it may concern,

I am writing this letter as a character reference for Joanna Smith, known by me as "Aunt Jo." As a family member 20 years my senior, I've always looked up to and admired her as a role model. I attended her wedding (to my cousin) when I was 8 year old, spent quality time at her home every summer, and have come to know her as someone who embodies her core values, some of which are her fierce love of art and community.

On my last trip to New York this year, my partner and I stayed with her and her family. I left noting how I valued and admired the way she lived her life. Joanna cares deeply about her family, community, the expression of art and creativity, and about our country and world at large. As a mother of two children that are emerging adults, Joanna is uniquely attuned to her care for our world and the children who are growing up in the crises that we all face.

I am a licensed therapist. I have worked with and directly seen the powerlessness children and families often feel when facing the pressing issues of our time. Additionally, I value non-violent practices. Joanna is someone I know to be an activist, who holds similar values. Some things I know about Joanna: she is a poet, she is someone frequently attending marches and peaceful protests, she is an advocate for safer bike legislation with the hope to make New York a place where people want to live, work and visit, and she is someone who cherishes art, even holding a masters degree in historic preservation.

I am aware of the criminal charges Joanna is facing.

I know her heart, and her passion to curb climate change. I know her intention in her peaceful protest at the National Gallery of Art was calling this to attention. As has been noted in coverage on the protest: Climate change will cause famine, floods, droughts and destruction unless we act now. Just today, as I pen this letter, in my state, MassDEP has issued a statewide air quality alert effective from midnight, June 6, 2023, and air quality is expected to be unhealthy particularly for sensitive groups. I unequivocally believe there was no intent to cause damage with her climate protest, yet to spur dire overdue change and legislation.  The use of washable paint, and lack of direct contact or intention to cause damage to any art represents this. Joanna embodies an aim for no actual harm to anyone or anything, in fact the direct opposite, she wants our world to continue and the issues of the climate crises to be curbed through changed legislation.

Bridget Kiley

Caitrin Kiley

80 Lancaster Road

West Hartford, CT 06119

To whom it may concern:

I have known Joanna my entire life. She is married to my second cousin, but I have viewed her as an aunt for my entire life. I was the flower girl at their wedding. Throughout my life I have always known Joanna to be a person who cares deeply about her convictions. She has always been thoughtful, caring, and loving.

Throughout the years, we have discussed many issues that impact our world and country. As I went through law school and became an attorney, I would enjoy talking to Joanna about her perspective on the issues of today and I have always viewed her as a role model. The main word I would use to describe Joanna is 'Advocate'. She cares deeply about many causes- one of my earliest memories of her activism is her work to keep bikers and pedestrians safe in NYC.

I write this letter knowing that she is facing criminal charges for the protest at the National Gallery of Art. In recent years I know there has been much discourse about different news-worthy "protests" especially political protests. I also know that protests at art museums are nothing new. I read that Joanna's actions were compared to those of January 6, which troubled me greatly. While I know the prosecutors, defense attorneys, and the judge will discuss the First Amendment relevance of this issue, I am inclined to share my thoughts.

While I know there are limitations on what is considered a peaceful protest (which the indictment references Title 40 of the U.S. Code § 6303(b)(2) and Title 18 § 371), I personally do not agree that this violation is as far as an "offense against the United States". In looking at the offense and sentencing I know that the court will consider the "relevant conduct" which looks at what actually happened, which I think is important in this case. While her acts were "knowing" I think her intentions should be considered. I know Joanna cares deeply for people, our country, and our world. Unlike many other art protests, Joanna did not directly damage any piece of art, but rather the glass casing. In the news stories I saw, I noticed all the other artwork pieces in the background which were not enclosed; beyond knowing Joanna, her lack of intent to cause damage is also clear to me by her use of water-soluble paint and the fact that she did not put paint directly on any piece of art. While I acknowledge that her actions may not cleanly fit within first amendment protected speech, knowing Joanna, I know that these actions were not with malicious intent or the intention to be "against the United States." To me, I understand Joanna being responsible for the $2500 of damage to the glass casing as destruction of property but I cannot see how this rises to the level of being an offense against the United States. The issue of climate change is talked about frequently among our citizens and politicians, and calling on our leaders to do something about climate change is not in itself an offense against the United States.

Caitrin Kiley



**From:** **Christopher Bryson** ccbryson@gmail.com
**Subject:** meant to get this out earlier...
**Date:** June 15, 2023 at 1:29 PM
**To:** Ian Smith ian@nycsmith.com

---

Ian, all our love.

To Whom it May Concern,

My wife and I have known Joanna Oltman Smith for many years; our children were in middle school and remain close friends; our families have camped together in the Spring.  She is the most devoted mother, wife and loyal friend, whose compassion for humanity and passion for justice, and for the fate of her children, and my children, and all future generations, is a thing of admiration, beauty and reverence.  Just one example; I remember Joanna taking the lead and working hard to improve the traffic patterns that were leading to dangerous interactions between pedestrians and cars surrounding the kids' middle school in Brooklyn, (The Brooklyn School of Inquiry.)

Joanna is no criminal. She is a non-violent, patriotic citizen, and I applaud her courage, like those who threw tea into Boston Harbor, who sat at the lunch counters in the South, or the nuns and priests who prayed and poured blood on the nuclear warheads that may yet kill us all.

The art was not harmed. The artwork was chosen because of its beauty and relevance, an innocent child needing protection. Her protest was a way to draw attention to the Climate Emergency, and it did.

The criminals, of course, are the corporate executives at the fossil fuel companies and their public relation spinners who lied for a generation about the truth of climate change, knowing differently. Pick a villain. How about the executives at Volkswagen, who fixed the computer emission controls on their cars to register lower emissions when they were being tested by the EPA, pouring filth into our children's lungs, while filling their bank accounts?  Are any of them in prison?

I'm looking into the apocalyptic orange of the Manhattan sky as I write this, fires likely whipped by climate change. If there is an emergency that requires emergency action, it is because we have all sleep-walked, lulled by deception, indifference and cowardice. The harmless, brave protest of Joanna and her friend are a consequence of our inaction, and in the tradition of the very best Americans in our history.

Thank you, Joanna, from the bottom of our hearts, may the court see the profound justice in your action, perceive where the real harm is, be grateful for your big heart, love, and a conscientious determination to act while we yet can.

Sincerely,

Signed, Chris Bryson, Molly Thompson and family.

Christopher Bryson

*917 539 6856*

**From:** **Christopher Ferrell** ceferrell@yahoo.com
**Subject:** Character Reference from Cousin Chris
**Date:** June 6, 2023 at 2:21 PM
**To:** Ian Smith ian@nycsmith.com



I am Joanna (Jo) Oltman-Smith's cousin. She and I grew up together in Berkeley, California, playing together and with our siblings at weekly Sunday suppers at our grandparents' house, attending the same schools, and going on family vacations. Through all these years (53 and counting!) she has always been a person whose moral compass I have come to recognize as being both true and compassionate, a unique and precious combination. So often in life we find people with high moral convictions can lack compassion, as it seems their clear vision of right and wrong can cloud their senses to the human frailties we all share. This has never been the case with Jo. Coming from a challenging family background, held by a community that strives (and sometimes fails, as we all do) to do good in the world, Jo has always shown herself to carry these two traits in equal proportion: compassion and moral conviction. In a word, Jo is centered, and has a genuine wish to compassionately, thoughtfully, and actively strive to make our world a better place. I am proud to be her cousin and love her dearly.

Christopher E. Ferrell, PhD



From: **Christopher Bryson** ccbryson@gmail.com
Subject: meant to get this out earlier...
Date: June 15, 2023 at 1:29 PM
To: Ian Smith ian@nycsmith.com

Ian, all our love.

To Whom it May Concern,

My wife and I have known Joanna Oltman Smith for many years; our children were in middle school and remain close friends; our families have camped together in the Spring.  She is the most devoted mother, wife and loyal friend, whose compassion for humanity and passion for justice, and for the fate of her children, and my children, and all future generations, is a thing of admiration, beauty and reverence.  Just one example; I remember Joanna taking the lead and working hard to improve the traffic patterns that were leading to dangerous interactions between pedestrians and cars surrounding the kids' middle school in Brooklyn, (The Brooklyn School of Inquiry.)

Joanna is no criminal. She is a non-violent, patriotic citizen, and I applaud her courage, like those who threw tea into Boston Harbor, who sat at the lunch counters in the South, or the nuns and priests who prayed and poured blood on the nuclear warheads that may yet kill us all.

The art was not harmed. The artwork was chosen because of its beauty and relevance, an innocent child needing protection. Her protest was a way to draw attention to the Climate Emergency, and it did.

The criminals, of course, are the corporate executives at the fossil fuel companies and their public relation spinners who lied for a generation about the truth of climate change, knowing differently. Pick a villain. How about the executives at Volkswagen, who fixed the computer emission controls on their cars to register lower emissions when they were being tested by the EPA, pouring filth into our children's lungs, while filling their bank accounts?  Are any of them in prison?

I'm looking into the apocalyptic orange of the Manhattan sky as I write this, fires likely whipped by climate change. If there is an emergency that requires emergency action, it is because we have all sleep-walked, lulled by deception, indifference and cowardice. The harmless, brave protest of Joanna and her friend are a consequence of our inaction, and in the tradition of the very best Americans in our history.

Thank you, Joanna, from the bottom of our hearts, may the court see the profound justice in your action, perceive where the real harm is, be grateful for your big heart, love, and a conscientious determination to act while we yet can.

Sincerely,

Signed, Chris Bryson, Molly Thompson and family.

Christopher Bryson

*917 539 6856*

Donna Froome & Colin Smith

To whom it may concern.

We've known our sister-in-law Joanna Smith for nearly 30 years. We've known her as a wife, a mother, and as someone passionately concerned for her community and planet.

As a founder of the Outsider Art Fair and someone who cares deeply about art, I know for a fact that Joanna is a lover of art, and would never seek to damage the work of any artist. We desperately hope the Court will see her intent and her careful actions for what they were; an ardent desire to leave a better world for all of our children.

Sincerely,

Colin Lynch Smith & Donna M. Froome

Colin Lynch Smith - 212 929 3121

---

**From:** **David Gilroy** david.gilroy@icloud.com
**Subject:** Character reference for Joanna
**Date:** June 8, 2023 at 2:25 PM
**To:** Ian@nycsmith.com



This is a character reference for Joanna Oltman Smith.  I know her as I am her cousin by marriage since around 1989.  Joanna is one of those people unable to turn away from difficult truths.  In other words, she cares about people and does her best to help our fractured American community to be the best it can be.  She believes that whether we destroy our home planet or not is a question important enough to do something about and do it in a skillful way that caused no damage.   I believe she's helping all of us to focus our attention in a way that is about citizenship at its best.
Sincerely, Dr. David R. Gilroy
Sent from my iPhone

**From:** **Donna Baker-Gilroy** donnabakergilroy@me.com
**Subject:** Character reference for Joanna Oltman Smith
**Date:** June 8, 2023 at 2:23 PM
**To:** Ian Smith ian@nycsmith.com



Joanna Oltman Smith is my cousin by marriage. I have had the privilege of knowing Jo since her college days when she was dating my cousin Ian Smith. I can vouch for her integrity, heart and passion for protecting all living beings on this planet.

Yes it is true that her actions were intentionally extreme in order to bring attention to how extreme the issue of Climate Change is and how extreme measures are what is needed for action. What shows her heart and character is the fact that she caused No Harm to the art work. She chose Dega's sculpture of "Little Dancer Aged Fourteen" which was housed in a case. She then chose to paint the case with vibrant washable finger paint. This was very visible and needed to be and was also harmless as parents of young children can attest.

   I personally feel the outrage needs to be directed at those who are knowingly harming our climate and appreciation to Joanna and others like her who have the courage to take action in the interest of saving our Planet by addressing climate change.

Sincerely, Dr. Donna Baker-Gilroy

Sent from my iPhone

Elizabeth Bruna
565 3rd Street
Brooklyn NY 11215
Sept. 12, 2023

To Whom It May Concern:

Joanna Oltman Smith is one of the most civic-minded, thoughtful, justice-oriented and kind members of our community that I have met in my 30 years living in Park Slope. We raised our children together, attended school functions and fund raising events together, some of which she hosted or helped plan, and spent many afternoons and weekends in Prospect Park watching our kids together. She has generously offered her home to out of town guests of my husband's or mine, once hosting 8 dancers attending a New York City dance festival on little notice during a holiday weekend! Her home has continued to be a welcoming gathering place for our (now 20-year-old) sons and their whole friend group, as well as many neighborhood parents.

In these past 13 years of friendship, I've known Joanna to be a strong advocate of local politicians and policies that better the lives of people in our neighborhood, our borough, and our city. She is the most informed person I know regarding the promises and actual impacts of local policy, and she is determined to do all she can to leave a better world for all of our children. This is the context in which she acted.

Joanna she has been a steadfast, daily worker for the public good, and been constructively engaged with many community groups including our neighborhood schools and our local Police department. Whether her recent decision to take unlawful action to draw needed attention to the urgency of our current climate crisis is one I support or condone is less important than my understanding of Joanna's civic engagement over the past decades, and my knowledge of her strong moral compass and commitment. She is sacrificing a great deal to make great change, as did the marchers in Selma, the members of Standing Rock, and many, many activists throughout our nation's history.

These are the accurate comparisons one should make. Non-violent civil disobedience is in no way comparable to violent insurrection to thwart the democratic process. That is a specious claim. Washable paint on a plexiglass case in a museum does not do permanent damage, but it does ask the public to consider what we hold sacred. Are the artifacts of past centuries, which I know Joanna values more than most, the only things that are to be protected by our laws? Are not our lives and the lives of people suffering through heat waves, fires and floods equally important to protect? Is not our speech and right to protest political inaction not equally important to protect?

The proposed consequences are hugely out of proportion to Joanna's actions. Those who commit acts of civil disobedience are willing to face consequences; the question is, is our justice system willing to deal justly with Joanna?

**From:** **Elizabeth Trundle** elizabethtrundle@gmail.com
**Subject:** Joanna Oltman Smith
**Date:** June 5, 2023 at 6:28 PM
**To:** Ian Lynch Smith ian@nycsmith.com



Hi Ian!!
I have no idea what to say. Feel free to edit or send back to me to make it better. Xo


I have known Joanna Smith for twenty years, since we were both pregnant with our first children in 2002.
She is a generous, loving, devoted mother and wife. She has many friends, spends time with her extended family, and is a member of the Quaker community since childhood.
She is deeply involved in the arts, writing and literature, and a benefactor and appreciator of cultural institutions and non-profit organizations.
She is dedicated to her beliefs, participates in local politics and the democratic process, and is a well-respected member of school and neighborhood communities.
She's educated, a good citizen, kind, and conscientious. She is a wonderful friend.

Ellen Oltman Kellner
3601 Conti Street, #5211
New Orleans, LA 70119
elolkellner@gmail.com

January 2, 2024

Greetings:

I have known Joanna Smith all her life, although we first met when she was three years old and I was 12.  She is my first cousin, the eldest daughter of my father's brother. Although she grew up in California and I in New York, we have always been close. As we became adults and mothers and middle-aged, we became more like sisters.

Joanna has a profound moral center. Her actions as a parent, as a community member, and as an artist have always been driven by and reflected this morality: fairness, equity, accountability. She is aware of the gifts she has been given in intellect and socio-economic status, and has been committed to sharing those gifts to the extent she is able.

Our family has witnessed Joanna speak and stand for the social issues she believes in, but never with violence or destructive actions. Her experience with Quaker faith, worship, and practice keep her mindful of the rights of others and the greater community to which we all belong.

My world is a better place because Joanna is in it.

Sincerely,

*Ellen Oltman Kellner*

Ellen Oltman Kellner
3601 Conti Street, #5211
New Orleans, LA 70119
elolkellner@gmail.com

January 2, 2024

Greetings:

I have known Joanna Smith all her life, although we first met when she was three years old and I was 12.  She is my first cousin, the eldest daughter of my father's brother. Although she grew up in California and I in New York, we have always been close. As we became adults and mothers and middle-aged, we became more like sisters.

Joanna has a profound moral center. Her actions as a parent, as a community member, and as an artist have always been driven by and reflected this morality: fairness, equity, accountability. She is aware of the gifts she has been given in intellect and socio-economic status, and has been committed to sharing those gifts to the extent she is able.

Our family has witnessed Joanna speak and stand for the social issues she believes in, but never with violence or destructive actions. Her experience with Quaker faith, worship, and practice keep her mindful of the rights of others and the greater community to which we all belong.

My world is a better place because Joanna is in it.

Sincerely,

*Ellen Oltman Kellner*

June 7, 2023

To whom it may concern:

I have had the pleasure of knowing Joanna Oltman Smith for more than 43 years. We met in middle school when I moved in next door to her in Berkeley, California.

In our lifelong friendship, Joanna and I have been childhood neighbors, roommates in New York City, and we have travelled many places. Joanna has been at all the milestones in my life and I in hers: becoming mothers, weddings, the aging of our parents.

Joanna is one of the most compassionate and loving people I know. Her generosity touches many many people. Her passions around climate change and her activism in other parts of her life have made tremendous change in peoples lives. The work she's done around bikes and bike safety in NYC, for example, has been tremendous.

But, more importantly, Joanna is a kind, giving person, and an anchor in her community. She shares what she has and makes her home to friends and family far and wide.

Joanna is not a threat to the world; quite the opposite. She's an amazing friend, a stunning mother, a smart compassionate artist and thinker, a partner to Ian, and a friend to us all.

Best,


Ericka

Ericka McConnell
5437 Shafter Ave
Oakland, CA 94618



**From: Heidi Ronfeldt** hronfeldt@gmail.com
**Subject:** character reference
**Date:** June 12, 2023 at 1:29 AM
**To:** Ian@nycsmith.com

---

Ian - I am so sorry to hear about Joanna's legal troubles.  Below is a draft of a character reference. Please edit it accordingly.  I am also not sure how to sign it and I have a few questions in parentheses.  Let me know what you think, Heidi

I have known Joanna Oltman since 9th grade at Berkeley High School (BHS) in Berkeley, CA.  Joanna has always struck me as a very caring, engaging, intelligent, accepting person.  In high school, I admired her ability to be friends with a wide variety of people and social groups.  Even though she had strong opinions, she did not let that get in the way of reaching out to or being friends with people who had different opinions.  At a young age, she also had a way of speaking up for herself and others that was beyond her years.  In high school, I remember saying that it was okay to let my dog go to the bathroom on our neighbor's lawn because they rented instead of owned their home. Joanna calmly, clearly, and compassionately let me know that people who rent their homes likely care as much about their yards as those who own them.

I also always admired how committed Joanna was to social, political, and environmental justice.  I remember visiting her in NYC after we graduated from college.  She had a very busy paid job but she also volunteered for the boys and girls club (I can't remember the name, can you? she was living with you and working full time and she was a "big sister" to someone?).  Later in life, she was busy raising her children and made time to work on street safety in NYC (again, please help me with the details).

More recently, I admire Joanna for her willingness to take a stand on climate change that few of us are willing to take.  Joanna cares so much about the world we live in and the world we will pass along to younger generations that she is willing to engage in courageous and controversial protests in order to call attention to our climate emergency. We have run out of time to act on climate change and, true to form, Joanna is committed to taking action and speaking up in any way necessary to address this crisis that is facing all of us.

Thanks for taking this information into consideration,

Heidi Ronfeldt

July 6, 2023

To Whom It May Concern,

Please let this serve as a character reference for my friend, Joanna Smith. I have had the pleasure of knowing Joanna for more than 30 years. We were students together at Vassar College in the late 1980's and early 1990's and I have remained close to her and her beautiful family ever since.

Joanna is truly one of the kindest, generous, most thoughtful, and peaceful people I have ever met. She believes in justice, and I have always admired her willingness to act in support of those causes that she supports.

I was simply shocked and stunned to learn that her non-violent climate protest at the National Gallery of Art in April has somehow attracted the scrutiny of the FBI and has her possibly facing a decade in prison.

Knowing Joanna as I do, this punishment feels egregious and unwarranted. I can tell you from my long friendship and knowledge of Joanna that she is an upstanding, law-abiding citizen who loves her country very much and only wants the best for it and the rest of the world. She is an artist, an activist, and a mom, who has raised two fine young men, one in college and the other preparing to graduate high school.

Please do not unnecessarily punish Joanna for an act of civil disobedience that sits squarely in line with other peaceful protect traditions and involved no violence or harm to art. This is a fine citizen and a good person that I am proud to call my friend.

If I can provide any other information on Joanna and my experience with and knowledge of her, please don't hesitate to contact me below.

Most sincerely,

Jeffrey Herrmann
4446 49th Ave SW
Seattle, WA 98116-4022
(206) 697-0385

**From:** **jess greenbaum** jessicaruthgreenbaum@gmail.com
**Subject:** for Joanna
**Date:** June 9, 2023 at 5:31 PM
**To:** Ian@nycsmith.com



Dear Ian, I hope it's not too inconvenient to use the letter below with my email signature because a broken elbow makes it impossible for me to write this letter if I can't dictate it - - which I have not figured out how to do in Word I'm afraid. Please let me know if I have left out any salient information that you feel would be helpful. I'm so sorry for this wrong headed and devilish trouble.

June 9, 2023
To Whom It May Concern,

It was my great good fortune to meet Joanna Oltman Smith a number of years back when she came to two courses of classes I offered through Brooklyn's Beth Elohim Synagogue. The classes looked closely at Torah text to glean some salient themes, then paired that text with contemporary poems that might refract or reflect those themes and bring the experience of Torah closer to our lived experience. Some people also wrote their own poems and I remember a beautiful one by Joanna in which she talked about her pride in her alma mater, Vassar, for being such a devoted steward of the land. In a larger sense the class was about how to bring our experience of Jewish ethics into daily life and I remember being enormously grateful for Joanna's philosophical outlook; her thinking was deeply considered and expansive. Each class in which she participated was elevated by her reasoning.

Our paths also crossed in the incredibly encouraging community of Brooklyn Poets, on whose board I sit as vice president. I was thrilled when Joanna was in one of my classes because I knew we all were going to be able to learn from her perspective. And her poems moved in the world with the power of authenticity, emotion, lyric and humanism together. When I saw her at a Brooklyn Poets Gala I was really not surprised because Joanna is a supporter of community.

If there is any way I can be more helpful to Joanna with any more details that I might offer to you please feel free to call me at 347-623-2295 or write me at this email address.

best,
jess greenbaum

Jessica Greenbaum
http://poemsincommunity.org/
Poems: *Spilled and Gone* (2019); *The Two Yvonnes* (2012); *Inventing Difficulty* (2000)
Anthologies: *Tree Lines: 21st century American poems* (edited with J. Barber and F. Marchant) 2022; *Mishkan HaSeder* (edited with H. Person) 2021

LMSW
*(sometimes I take a few days to write back . . .)*
We still have a dream

041

**From:** **Jon Oltman** joatmeal1957@gmail.com
**Subject:** Character reference
**Date:** June 12, 2023 at 1:17 PM
**To:** Ian Lynch Smith ian@nycsmith.com



Here's mine. Let me know if there are any changes you would suggest. Love you guys….

June 12, 2023

36 North Hillside Road

South Deerfield MA 01373

To whom it may concern, re Joanna Oltman Smith

Joanna Oltman Smith is my cousin, the eldest daughter of my father's brother. Consequently, I have known her for her entire life. Jo is probably the most thoughtful, intelligent, generous, and principled person I know. She is passionate about her community, and has been involved in many efforts toward environmental health and sustainability, justice, and support for people of all social and economic circumstances in her home area of New York. On a personal level, she is dedicated to her family, including her 2 sons Jasper and Wyatt, and her husband Ian, and spent many years helping her parents as they were going through illness later in life. Besides being a forthright, well-intentioned, and kind-hearted individual, I consider her to be a valued friend beyond being a member of my family.

Jonathan C. Oltman

Katherine Anderson
205 E. 4th ST
Brooklyn, NY 11218
June 7, 2023

To whom it may concern:

I have known Joanna Oltman Smith for over 15 years; we are members of a neighborhood book group together. We are also parents of same-age sons, and we share a mutual love and care for the arts and for the natural world in all forms. Joanna is one of the most thoughtful, intelligent people I know. I have always admired her passion for justice and her willingness to speak out and stand up for topics of concern in our world. She consistently gets involved at the most grass-roots neighborhood levels, as well as on national and international platforms, to promote change in critical areas, to improve the lives of our children and of all humanity. Few of us demonstrate the level of commitment through regular civic participation and related action that Joanna does. We are fortunate to have her as a fellow citizen in our city, our country, and our world. I believe that all current charges against Joanna should be dropped, as she has in no way harmed bodies or property while engaged in her right to protest.

Sincerely,
Katherine Anderson

**From:** Kathleen Reyes kat.d.reyes@gmail.com
**Subject:** Your Amazing Wife!
**Date:** June 13, 2023 at 10:26 PM
**To:** Ian Smith ian@nycsmith.com



Greetings-

For the love of all things G-d has placed in our care!  Joanna, in fact, cares  that our planet (we only get one) is in desperate need of a commitment to its healing.

I've known Jo for over a  good decade.  Our sons have outgrown all things Thomas the Tank Engine and Ninjago Legos together! She's  just such a loving mom, a sweet friend and, yes, a feisty as heck steward of well-being where ALL children are concerned.

I hope you'll consider Jo's sit-in for what it was: a peaceful protest beside a cherished little dancer, meant to circle us back to the health & safety of the children; strained sadly by our government's  recent 1.5 billion ton add-on to this planet's carbon-dioxide overload*.

Sincerely,


Kathleen Reyes,
Concerned American & Mother of Two


*https://priceofoil.org/2023/05/05/biden-approves-huge-carbon-bomb-lng-project-in-alaska/

--
Kathleen D. Reyes
646.359.2441

044

Joanna Oltman Smith

I've prepared this character reference to support my friend Joanna Oltman Smith as she faces legal consequences for a protest action.

I first met Joanna while we were students at Vassar College. I graduated from Vassar in 1991 and moved to New York City in the mid-90's. In New York Joanna and Ian helped me get the lay of the land in the city and were among the roommates in my first apartment. Later, I was a member of their wedding party.

Joanna has been a friend continuously during all these years because she is the kind of person that is organized, generous and determined enough to keep in touch even when we are all a little overwhelmed with our work and children. Joanna has a lot to offer as a friend. She has empathy informed by the challenges she has faced, along with the curiosity and energy to keep track of and attend to issues, people and culture. During a typical conversation with Joanna she might tell you about what her sons are up to, a new food she has discovered, a person you might want to meet, an exhibit she appreciated, her poetry group, and maybe a little about her work in the local community.

Joanna is the only person I know who grew up as a member of the Quaker community. She values the Quaker tradition enough that she connected her kids to it. I believe that some of the way she approaches social issues is rooted in that culture. I've seen how she is willing to stand up and speak up for her values even when doing so can seem futile and uncomfortable. At one point a few years ago, I remember Joanna was campaigning against rudeness and littering in the city (a quixotic cause if there ever was one!). She decided to print a run of small cards with information about how to behave better. When she observed a negative behavior, she would go right up and hand the offender a card. She has always been willing to confront and create discomfort when she feels it is necessary.

Joanna is a gentle, steady, responsible, person with an activist's temperament. Her climate change protest action in the gallery was completely consistent with how I know her. It was calculated to call attention to an important issue, and made people very uncomfortable, but did no harm.

Written by
Christine Keen Gat
231 Park Place #22
Brooklyn, NY 11238

917-674-1477

June 24, 2023

# Kevin Roy O'Neil Jr

Ricardo Lyon 1767
Providencia, Santiago
República de Chile 7510948
+56 9 5608-5522
kroneil@icloud.com

June 9, 2023

To Whom It May Concern,

I was first introduced to Joanna Oltman Smith through my colleague, her husband, Ian Smith and unequivocally stand by her character and strong moral conviction. Every encounter with Joanna has been a joy. She has been nothing but warm, open, and inviting both to myself and whomever else happened to be with me.

Whether it be advocating for change or offering to help with something more personal, I've never known Joanna to do anything without great care and consideration. From the briefest of interactions with her at the old Freeverse office or a dinner party, to being invited to her home for some long overdue catching-up with her and her husband, I've always admired her conviction and been incredibly impressed with her poise and care (even when struggling through medical problems and pain.)

Her advocacy on issues that impact us all has been nothing short of inspiring. From as globally impactful as climate change to as pertinent to our day-to-day lives as bike lane obstructions, there has been no issue too big or small for her to stand up for what is **right**. And every time I've read of some injustice occurring and had the thought, as I'm sure we've all had, that *something must be done*, yet lacked the conviction to get out there AND ACTUALLY DO SOMETHING**,** I've looked ahead to see Joanna right there in the forefront, leading the calls for change.

My biggest regret is not spending MORE time with her to accumulate even MORE glowing and positive examples of her as a wife, mother, friend, citizen, and advocate for those whose voices can't be heard. But I am beyond proud to be able to write this today, stand with Jo, and help however I can.

Sincerely,

Kevin Roy O'Neil Jr.

047

**From:** **Laura Esther Wolfson** lauraestherwolfson@gmail.com
**Subject:** character reference for Joanna from fellow Mindful Rebel
**Date:** June 7, 2023 at 5:59 PM
**To:** ian@nycsmith.com



I've known Joanna for about a year, as a fellow protester in
the climate justice movement. She is a peaceable, committed,
principled, friendly person. She believes in making the world
more just and equitable, and in holding our leaders accountable.
She takes bold and creative actions.

Joanna describes herself as a "professional citizen," and that is most apt.
She volunteers her time on a range of issues to make our society more
compassionate and better for all. She is a courageous woman.
She has hurt no one and damaged nothing. She does not deserve
imprisonment and bankruptcy. She deserves admiration and praise.

Laura Esther Wolfson


--
author of *For Single Mothers Working as Train Conductors*
winner of the Iowa Prize for Literary Nonfiction
lauraestherwolfson.com
@EstherLaura

Elizabeth Bruna
565 3rd Street
Brooklyn NY 11215
Sept. 12, 2023

To Whom It May Concern:

Joanna Oltman Smith is one of the most civic-minded, thoughtful, justice-oriented and kind members of our community that I have met in my 30 years living in Park Slope. We raised our children together, attended school functions and fund raising events together, some of which she hosted or helped plan, and spent many afternoons and weekends in Prospect Park watching our kids together. She has generously offered her home to out of town guests of my husband's or mine, once hosting 8 dancers attending a New York City dance festival on little notice during a holiday weekend! Her home has continued to be a welcoming gathering place for our (now 20-year-old) sons and their whole friend group, as well as many neighborhood parents.

In these past 13 years of friendship, I've known Joanna to be a strong advocate of local politicians and policies that better the lives of people in our neighborhood, our borough, and our city. She is the most informed person I know regarding the promises and actual impacts of local policy, and she is determined to do all she can to leave a better world for all of our children. This is the context in which she acted.

Joanna she has been a steadfast, daily worker for the public good, and been constructively engaged with many community groups including our neighborhood schools and our local Police department. Whether her recent decision to take unlawful action to draw needed attention to the urgency of our current climate crisis is one I support or condone is less important than my understanding of Joanna's civic engagement over the past decades, and my knowledge of her strong moral compass and commitment. She is sacrificing a great deal to make great change, as did the marchers in Selma, the members of Standing Rock, and many, many activists throughout our nation's history.

These are the accurate comparisons one should make. Non-violent civil disobedience is in no way comparable to violent insurrection to thwart the democratic process. That is a specious claim. Washable paint on a plexiglass case in a museum does not do permanent damage, but it does ask the public to consider what we hold sacred. Are the artifacts of past centuries, which I know Joanna values more than most, the only things that are to be protected by our laws? Are not our lives and the lives of people suffering through heat waves, fires and floods equally important to protect? Is not our speech and right to protest political inaction not equally important to protect?

The proposed consequences are hugely out of proportion to Joanna's actions. Those who commit acts of civil disobedience are willing to face consequences; the question is, is our justice system willing to deal justly with Joanna?

426 Third Street
Brooklyn, NY 11215

June 11, 2023

To Whom it May Concern:

I have known Joanna Smith for more than ten years. She is a caring friend, a devoted parent, and an exceptional community member who gives generously of her time and energy to support vital issues. In the time I have known her, Joanna has worked hard on behalf of our neighborhood of Park Slope, Brooklyn, and has also supported national and global causes. She has served on the local Community Council and has worked on a variety of issues such as reducing local traffic deaths, creating safer streets, supporting women's rights, and improving the environment.

In addition to her dedication to social issues, Joanna cares deeply about art and creates art herself. I believe that her act at the National Gallery of Art, where she applied washable paint to the pedestal and case surrounding a work of art, was meant as an act of peaceful protest, intended to encourage people to think about the effects of climate change. Inspiring others to work to improve our environment is of vital importance to Joanna. As a parent of two young adults, she feels a particular urgency, as do so many of her fellow parents. Joanna is an enthusiastic, caring, and principled person. I believe that her heartfelt desire to improve our world for the benefit of everyone is a guiding theme of Joanna's life.

Sincerely,

Louise Williams

050

300 West End Avenue
New York, New York 10023

December 20, 2023

Dear Honorable Amy Berman Jackson,

I write to you now on behalf of Joanna Oltman Smith, who I've been grateful to claim as a dear friend for the past decade.  As an active member of both my book group and memoir-writing group during this stretch of time, I have come to know what matters most to Joanna. In addition to her devotion to her family as a wife, mother, sister, and daughter, Joanna has always been enormously devoted to the wellbeing and safety of her community in Brooklyn, and to the world at large.

I know of no one who has put in more hours of volunteer work than Joanna over the years--helping found a PAC focused on pedestrian and bicycle safety on New York City's streets; regularly helping out at local soup kitchens and books for kids charities; serving as a member of her local community board; and serving as a member of her local Brooklyn police precinct's community outreach board. Not surprisingly, Joanna was named "Community Advocate of the Month" by her NYC Council Member.

I also know of no one who is more conscientiously committed to her moral causes and to improving the world.  I know, for example, that Joanna regularly participates in peaceful, non-violent sit-ins to raise awareness regarding global warming and the need for drastic and immediate action to curtail it.  While I do not personally approve of her conduct that is the subject of this criminal proceeding, I do know that she--even as an ardent activist--has not, and would never, intentionally injure any person, nor would she ever inflict permanent, irreparable damage to property.  An artist herself, Joanna treasures works of art more than most.  Consistent with those values, she very deliberately used paint that wouldn't stain and could be washed away.  While she meant to garner attention in order to raise awareness about the dire climate-related threats we all face, I am certain that she never meant to cause any irreparable damage.

I hope very much that when you consider appropriate sentencing, you will take into account Joanna's sincere intention never to harm, and that you'll also allow Joanna to achieve far greater good through continued community service than she ever could if confined.

Sincerely,
Lynn Savarese

051

Oltman Law & Mediation
C. Megan Oltman
**Attorney at Law**
475 Wall Street
Princeton, NJ 08540
P: (609) 924-2044
megan@moltmanlaw.com

June 16, 2023

To whom it may concern –

I am writing to provide you with a deeply felt character reference for Joanna Oltman Smith. Joanna is my beloved younger cousin and I have known her since her birth. I would be hard-pressed to think of a more principled and caring person and citizen than Joanna. I am an attorney; I am committed to justice and ethics in and out of my profession, but I often measure the "rightness" of a course of action in my mind against what Joanna would think. Her action, in putting washable paint on the display case of a work of art, must be understood in light of her commitment to preserving the world for future generations, and of calling national attention to the imminent danger climate change poses to all we hold dear.

Joanna's life-story is full of examples of her caring, engagement with community, and commitment to justice. Joanna became nearly a surrogate-parent to her 6-year-old sister at about the age of 11 during her parents' contentious divorce. She has a Masters' degree in historic preservation. While a stay-at-home Mom and successfully married for over 20 years to her college sweetheart, she has co-parented two brilliant and engaged young men, and has volunteered her time and talents to making the world a better place. She has been involved with safe streets and bike lanes initiatives in New York City and was a member of New York's community/police liaison boards for many years. She created a website and project to raise the level and awareness of civility between members of the public. She has a great love of art, and is a fabric artist and poet herself.

Joanna's act of civil disobedience, which did not endanger people, institutions, government, or the artwork chosen in any way, federal prosecutors are bizarrely likening to an act of sedition. In fact, it was nothing more nor less than a pointed comment on the existential danger climate change poses to all of us.

1

Please consider the woman before you in the light of her commitment, her principles, and her caring.

Very truly yours,

C. Megan Oltman

2

Meghan Cleckler
1062 Cantwell Pl
Spring Hill, TN 37174

June 7, 2023

To whom it may concern,

I have known Joanna Smith for the majority of my life. She is my cousin by marriage, but I have always known her as Aunt Jo. We spent summers together, attended each others weddings and family gatherings, and I have always looked up to her caring, gentle, and thoughtful presence.

I remember the years she welcomed her two sons into the world, and I have since welcomed two sons and a daughter myself. As a mother, I know how helpless it can feel to bring your children into a world where it seems like there is danger at every turn, and you're not even sure the world as we know it will exist in their future. Joanna has decided to do something about it. She has dedicated her whole adult life to making a difference on a local and global scale; from making city streets safer, to gun reform, to climate change. She cares deeply about protecting her family, friends, and the place we all call home.

I am certain her actions to bring attention to climate change were not malicious or meant to cause any permanent harm. They were the actions of somebody desperately seeking to bring attention to an issue that threatens all of our futures.

Sincerely,

Meghan Cleckler

June 12, 2023

To Whom It May Concern:

We have known Joanna Smith for nearly 10 years. We met her and her family when her son, Jasper, enrolled in our son's school and joined the bus stop where our families waited together every morning. Joanna's younger son, Wyatt, who is our son's same year, later enrolled in our son's school and the two became friends.

Since that time we have hung out socially, attended many school events, and gone on annual camping trips with the Smiths.

Joanna is a thoughtful, smart, kind, funny, and dedicated person. Her house is a popular hang-out spot for the kids and she always makes sure they feel comfortable and are well fed.  We love hanging out with Joanna on our camping trips, chatting about our children, the books we are reading, and the places we want to go.

Part of what makes Joanna so special is her passion for raising awareness and making change about issues such as traffic safety and climate change.  When some of us wonder what we should or could be doing to effect positive change, Joanna is spending her time attending community board meetings, working to improve our parks, and make our streets safer around local schools.

On behalf of Joanna, her husband Ian, and her two sons, Jasper and Wyatt, we attest that Joanna is a generous and caring person who cares deeply about the world and aims to make it a better place to live for the next generation.

Sincerely,
Allison Kwait and Michael Gonchar

**From:** **Michela Nonis** mfn412@aol.com
**Subject:** For Joanna
**Date:** June 8, 2023 at 10:55 AM
**To:** ian@nycsmith.com



To Whom it may concern:

I am writing in support of my friend Joanna Oltman Smith.

I have known Joanna for a decade and a half.  She has been a source of inspiration and support to me throughout this time, as a friend and through her work as a poet.

I know Joanna to be smart, thoughtful and kind, concerned with the issues that our world and our society are facing and willing to engage and be active in support of the causes that are crucial to us all and that are being dismissed by many. She has been, for example, an active supporter of New York City's Safe Streets, making it easier for her community and for all of us in this city to navigate streets safely, on foot and on bicycles.  I respect and admire Joanna's consideration for others and her willingness to engage and work for the greater good.

In my many interactions with her over the years, I know Joanna to be a considerate, ethical, upstanding citizen.  She is an admirable and respect-worthy person of the highest character.

Michela Nonis

June 12th, 2023

Michelle Conrad
37 East 7th Street
New York, NY 10003
michelle.conrad@me.com

**Re: Letter of Support for Joanna Oltman Smith**

To Whom It May Concern,

I hope this letter finds you well. I am writing to express my full support for my dear friend, Joanna Oltman Smith. I have known Joanna for 20 years. Joanna approached me at a maternity yoga class, and we've been close friends since then. It was her initiative that began our two decades long friendship. She is someone who reaches out, takes a risk, and makes a lifelong friend as a result. She's truly the salt of the earth: honest, straightforward, and reliable, a person of great importance to me, her many friends, and family.

I have always been impressed by Joanna's willingness to do the work that many of us believe urgently needs to be done, yet most of us don't do. She has been a tireless, dedicated, and peaceful advocate for climate action. We need many more people like Joanna!

It is unfortunate that Joanna found herself in a protest situation that led to her arrest. She is an extremely well-intentioned person, and she took steps to ensure that her actions did not cause lasting damage. My hope is that whatever the consequences of her actions, they don't cause lasting damage to her or to the willingness of others who wish to engage in non-violent peaceful acts of protest.

Please contact me if you need further information.

Sincerely,

Michelle Conrad



**From:** **Patricia Glynn** patriciaglynn@earthlink.net
**Subject:** Joanna
**Date:** June 6, 2023 at 6:25 AM
**To:** ian@nycsmith.com

To whom it may concern:  I have known Joanna Oltman-Smith for probably at least 15 years since her children and my grandchildren were young. These young people participated in activities together organized by our worship community.

Since I have encountered Joanna through our Quaker place of worship, I have considered her ideas and words thoughtful, deep, and respectful.  Her actions have inspired me to search for ways to further the goals of a just and peaceful world. I have no hesitation in vouching for her character and intent.

Sincerely ,Patricia Glynn

Dear Your Honorable,

I am writing this letter as a character reference for my friend Joanna Smith, a wonderful mother who is also dedicated to her community.  While I do not support the form of protest, I believe someone who has dedicated her life to improving community should not be judged by a single action.

I have known Joanna for over 12 years.  We met through our public elementary school PTA organization.  At the time, I was serving as PTA president and I remember Joanna joining a PTA meeting with a friendly smile and a willingness to help the school community, one of New York City's largest public schools with over 1500 students.

Joanna dedicated time and energy to PTA committee work. She rolled up her sleeves and volunteered in the lunchroom, classroom, and playground to support teachers and improve the daily experience for school children. She dedicated her time to build a sustainability curriculum focused on eating healthy food, gardening vegetables and recycling. Joanna played an active role in launching a school garden program which has touched the lives of many families for the last decade.

Joanna is an extraordinary person who is kind, intelligent, diligent, and hard-working, and I'm grateful to have her as a friend.

I hope you will take into account Joanna is a person that could be of better service within the community rather than serving time.

Sincerely,

Patricia Intrator

603 7th Street
Brooklyn, NY 11215
Pintrator1@gmail.com

059

Patty Prem Koster
Dower House, Hardwick Estate
Whitchurch on Thames
RG8 7RB
United Kingdom

+44 7442720437
prem@premkoster.com

February 8, 2024

<u>To whom it may concern</u>

I am a U.S, Citizen and currently live in the United Kingdom. I am writing this letter to provide a character reference for Joanna Oltman Smith, a 54-year-old woman who has been an integral part of our community for many years. I have had the privilege of knowing Joanna for almost 20 years and I am confident that my perspective will be valuable to her ongoing court case.

I met Joanna for the very first time in September 2004. Both of our youngest sons started in the same nursery classroom at the time. Joanna, was so welcoming to us as we just moved to Brooklyn, NY. She invited me to their home, where we have enjoyed many gatherings over the past 20 years. Not only have we connected to her husband and two children, we also got to know Joanna's father and Joanna's husband Ian's extended family quite well.

I am a writer, professional artist and special needs teacher. I have a master's degree in Dutch Language and Literature from Leiden University, The Netherlands. I studied Graphic Design at Parsons School of Design in New York, NY and I am a qualified therapy dog professional working with children with a spectrum of special needs in the United Kingdom.

In the past 20 years I have got to know Joanna as a kind, passionate and dependable woman. I could describe our friendship at length, but I have decided that there is one thing that really shows how I feel about Joanna. In 2010, my husband and I decided it was time to write our will. By accident we lost our Dutch citizenship, and we and our children were now solely

citizens of the United States. This meant that if something were to happen to us, our children would not have any family in the USA. My husband Mark and I felt so close to Joanna that we asked her if she would be the official appointed guardian of our children and our estate. Thankfully we never needed her to be our children's guardian, but it shows how much we trust Joanna.

What I admire about Joanna is that she is not hiding behind that facade but that she stands up and speaks up about issues that are important to her and to our community. She not only does this, but she also takes it a level further. To really understand the impact of her advocacy activities, she even became a police community liaison volunteer.

Joanna is fully aware of the consequences of her offence. As a professional artist, I have witnessed Joanna's love and admiration for art. To my knowledge, there has not been a week in the past 20 years, prior to her protest, that Joanna has not been either in a museum, art gallery or artist studio. From experience, I also know she has supported many young artists, as these young people work hard to earn a living in the art world.

To my mind Joanna is not capable to harm any artwork in this world. Art is too important to her. And, art is essential not only to her well-being, but to many others in this world as well.

Please do feel free to contact me at any time if you need more information. I can be reached at prem@premkoster.com or at +44 7442724037.


Respectfully,

Patty Prem Koster

July 10, 2023

To Whom It May Concern:

I am writing regarding my friend Joanna Smith, to provide my account of her outstanding character. I have known Joanna since 2011 when our children were in the same third-grade class at P.S. 321 in Park Slope, Brooklyn. Our collective three boys have grown up together and we have cared for each other's sons as if they were family. Throughout the past twelve years I have come to know Joanna as a woman of great integrity who cares greatly for her family and friends.

Joanna volunteers ceaselessly for causes that she is passionate about in the hopes of helping make this a better, safer world. Her work on reducing pedestrian deaths and developing safe bike lanes in New York City are two examples of how she contributes to society in a positive and productive manner. She is equally interested in and devoted to the arts. We have often discussed exhibits that we have seen and have attended concerts together on several occasions. Joanna understands the importance of art in our culture and treats it with the utmost respect.

Joanna has always been concerned with the environment and has shared her opinions with me. Her ideas and attendance at protests have always been peaceful, with the intent of raising awareness on the issue of climate change. She is a woman who will take the time to get involved and try and make a better world for everyone. I am honored to have such a person as my friend.

Yours truly,

Rebecca Ashley
49 Fenwick Rd
Hastings on Hudson, NY 10706

Memo of Support

For Joanna Oltman Smith

I have known Joanna for about four years.  We are both climate activists, dedicated to the serious work of rectifying human beings' relationship with the world around them. I, myself, am one of the co-leaders of a grassroots volunteer group, 350Brooklyn.  Joanna has joined in a number of our events over the years and I see her at events sponsored by many of our allies.  Some of these take the form of gatherings that are protests against some fossil fuel project or its financing, or rallies in support of something that advances renewable energy and climate justice, or hearings where we are testifying about some issue of public importance.  And sometimes I just run into her on the street and we stop to chat for a bit.

I admire and respect Joanna immensely.  She is a calm, steady participant in these actions. She doesn't call attention to herself.  Rather, she participates as one of many, but she does so often, lending a consistent presence to our work.  She never shows anger, impatience, or resentment, nor have I ever heard her speak ill of someone. She has an inner seriousness and grace that is very welcome amidst the cacophony of what is undoubtedly a contentious subject.

Global warming is a crisis, an existential one.  Undoubtedly, it is now too late to prevent the extreme weather that are the consequence of our use of fossil fuels, our agricultural and food practices, and deforestation.  The situation is now desperate, with what we do in the immediate future determining whether the coming decades will be catastrophic or will be merely very difficult.  In the face of powerful opposition to doing anything at all, Joanna and I are trying to ensure that "very difficult" is where we land.

I recognize that the non-violent civil disobedience that she practiced at the Smithsonian was, as all NVCD is, against the law.  And all law-breaking should have consequences.  But the response has been disproportionate to the act.  Smearing finger paint not on the art itself but on a glass case and a wooden pedestal did no lasting damage.  It was an action that any nursery school teacher could have cleaned up in 20 minutes.  To then pursue her and her fellow NVCD practitioner with charges that could result in a five-year prison sentence and a quarter-million-dollar fine smacks of the repression of citizens who are pursuing the public good.  Far lesser charges would be appropriate in this case. Joanna Oltman Smith is no criminal, but rather a deeply concerned human being willing to spend her life caring for the Earth and her fellow humans.  Our situation is disparage and I, for one, am grateful for what she did.

Sara S. Gronim

35 Prospect Park West, 13C                                       sgronim@rcn.com

Brooklyn, NY 11215                                                      718-344-5835

**From:** **Sarah Passino** sarah.m.passino@gmail.com
**Subject:** Character Ref for J
**Date:** June 7, 2023 at 7:47 PM
**To:** ian@nycsmith.com



To Whom It May Concern:

I met Joanna Oltman Smith when I first moved back to Brooklyn in 2016 in a community writing group. Throughout the last seven years, I have admired her as a poet, a fellow food co-op member at the Park Slope Food Cooperative, an active and engaged citizen and neighbor, and most importantly as a friend. She deeply cares about her communities and her role in making them kinder, safer, and more resilient. I have learned from her generosity and her courage as a writer and from her conviction and grit as an activist. I am grateful for her leadership and her practice of good citizenship as she understands the world is something we make again each day. Joanna believes in a better one than we've got. Thank you for your time and please don't hesitate to reach out if you have any questions I might be able to answer.

Sarah Passino, PhD
Rona Jafe Fellow
Dia, Learning and Engagement Guide

Shila Patel & Roberto Mazzoleni
12 Lincoln Place, Apt 3
Brooklyn, NY 11217

June 9, 2023

Re: Joanna Oltman Smith

To Whom It May Concern,

Having known Joanna Oltman Smith for nearly seven years, we were shocked and saddened to learn that she has been indicted for her non-violent actions intended to raise public awareness of the climate crisis.

We first met Joanna at the school bus stop, which our boys shared, and our friendship grew from those early morning conversations. In the many years our families have known each other, we have found her to be a deeply caring, empathetic, thoughtful person, who is always ready to see the best intentions in everyone's actions.

We find her commitment to improving our and all communities, and to engage with quality-of-life issues big and small, truly remarkable.  We have seen Joanna's commitment to her community first-hand, be it as an actively engaged parent in the public schools our boys attended, as a concerned participant in local policy meetings, or as a generous supporter of CHIPS, the local food pantry.  Her deep appreciation of nature and steadfast commitment to protect the living environment for future generations are behind her actions at the National Gallery.  While her actions may be controversial, Joanna's goals were noble.

We ask that Joanna's well-meaning character and valuable contributions to her community be given adequate consideration in your determination of her case.

Sincerely,

Shila Patel                                          Roberto Mazzoleni

**From:** **Sidney Ferrell**  sidneyof@yahoo.com
**Subject:** Joanna
**Date:** June 6, 2023 at 12:36 PM
**To:** Ian Lynch Smith  ian@nycsmith.com



I have known Joanna Oltman Smith since her birth. She is my brother's daughter. She is my niece. I often cared for her and took her on expeditions when she was young. She has grown into a thoughtful, intelligent woman with many interests. I know that she would carefully research the consequences of any action she  takes, especially with regard to art work.  She is very concerned about our environment and climate change and works in many ways to alleviate these problems. She maintains loving connections with her immediate and larger family. I give her my support in these difficult times;

Sidney Oltman Ferrell



**From:** **Susanna Kohn** susannakohn@icloud.com
**Subject:** Character reference for Joanna
**Date:** June 7, 2023 at 1:03 PM
**To:** ian@nycsmith.com

Joanna Smith has been a friend of mine for over ten years. She is a gentle, thoughtful, intelligent, kind person who cares deeply about humanity. She loves art, and she loves our planet—I admire her willingness to put herself on the front lines in order to bring attention to the urgency of our climate situation. She is not someone who is trying to harm others—she is trying to save us! Her protest action was carefully thought out to call attention to our dire climate crisis without harming the art underneath the plexiglass case. I read that the damages for the case and pedestal amounted to $2400. No lives were lost. No art was harmed. The only thing damaged was the sense of complacency many of us have that our world will continue as is, when this is not a viable situation. Joanna gives so much of herself in everything she does, to her children, her neighborhood community, and beyond. Punishing her or using her as an example would be great travesty. She is a positive force for good in this world and we must protect and support her.

Sincerely,
Susanna Kohn

**From:** **zak lusidmedia.com** zak@lusidmedia.com
**Subject:** A Testament to her Character
**Date:** June 6, 2023 at 9:54 AM
**To:** Ian Lynch Smith ian@nycsmith.com



I've known Joanna Oltman Smith for over 30 years. In that time she's been many things - a kind friend, a great mom, a student of the arts and a tireless worker to make our world a better place. Whether its improving the safety of the streets in her city, or trying to bring attention the global climate crisis, Joanna's always been focused, not on herself, but on other people and on making their lives better. Joanna's passionate about the causes she committs to but she isn't violent or angry or destructive. She's an honest, peaceful and concerned advocate for those who don't always have a voice and clearly willing to make personal sacrifices to help them.