# EXHIBIT A

FD-302 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry    05/11/2023

(U)  On 4/10/2023, REDACTED , acting head of object conservation, REDACTED REDACTED senior object conservator and REDACTED , acting chief of conservation, National Gallery of Art (NGA) were interviewed at the NGA, 6th Street and Constitution Avenue, Washington, DC, by writer and Assistant United States Attorney Cameron Tepfer.  After being advised of the identity of the interviewing agent and the nature of the interview, REDACTED REDACTED and REDACTED provided the following information:

Edgar Degas's "The Little Dancer" sculpture is very fragile and the last photos of it were from 2015.  Since the vandalism on 4/27/2022, NGA has imaged it and did not identify any new cracks, however NGA was unable to determine if the previous cracks got worse from the potential vibrations caused when Timothy Martin smacked the case surrounding the sculpture.  The cracks were in the ankles and knees of the sculpture.  There was a split in the back of the case and the potential vibrations could have also caused that to widen which could have lead to a diminished integrity in the case.  The pedestal was heavy, which likely helped mitigate the potential for vibration.

REDACTED and REDACTED had to move the sculpture  and did it as safe as possible, however moving it caused additional jeopardy to the sculpture due to its fragility.  NGA took the sculpture off display for 10 days due to the vandalism.

The below condition assessment from NGA Object Conservation on the Little Dancer Aged Fourteen, by Edgar Degas (1878-1881) was made shortly following the incident:

Immediately following de-installation no apparent damage was observed by the sculpture conservators and this was confirmed after examination in the conservation lab.

The Little Dancer has a history of visible cracks through both knees, left ankle, and around the perimeter of both ballet slippers. Even when cracks do not appear changed to the naked eye, microscopic and cumulative damage is

UNCLASSIFIED//FOUO

Investigation on   05/10/2023   at   Washington, District Of Columbia, United States (In Person)

File #   374E-WF-3757641                                                    Date drafted   05/10/2023

by   POWERS DAVID C

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

always a concern. Damage is exacerbated by any movement, whether by vibration created when the plexiglass cover is hit or when the sculpture is physically moved to another location; Thursday's actions brought about both conditions.

The sculpture's complex construction makes her especially vulnerable. The Little Dancer is an inherently fragile figure composed of myriad materials: wood, clay, rope, paintbrushes, padding material, and wire, assembled over a metal armature, and covered by a thin skin of beeswax. Adding to the vulnerability is an armature made of lead, a soft and malleable metal that is more susceptible to movement than iron or brass.

While the display case is being repaired and the sculpture is off view, conservators and imaging specialists will carefully scan the *Little Dancer* and create a high resolution, 3D profile of the sculpture to image details of the cracks so that measurable differences on a microscopic level can be quantified and changes in her condition can be monitored.

The *Little Dancer Aged Fourteen* is unique because it is the only sculpture exhibited during Degas' lifetime.

The condition assessment and photographs are attached as digital 1As.