**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No.: 23-cr-0182 (ABJ)** |
| **v.** | |
| **JOANNA SMITH,** | |
| **Defendant.** | |

**GOVERNMENT'S NOTICE OF FILING OF VICTIM IMPACT STATEMENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court and defense counsel of the filing of the attached Victim Impact Statement from National Gallery of Art Director Kaywin Feldman.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:       */s/ Cameron A. Tepfer*
Cameron A. Tepfer
D.C. Bar No. 1660476
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
202-258-3515
Cameron.Tepfer@usdoj.gov

1