## Statement of Kaywin Feldman on Behalf of the National Gallery of Art

Good morning. I am Kaywin Feldman, director of the National Gallery of Art. Thank you, Your Honor, for allowing me to provide a statement at this sentencing.

Today I speak for the global museum community and anyone who has experienced awe in the presence of a work of art. The vandalism committed on April 27, 2023, nearly one year ago to the day, against a priceless, irreplaceable, and fragile sculpture challenges the universal idea that museums matter. At the 1941 dedication of the National Gallery, President Roosevelt stated that works of art matter because they are the "symbols of the human spirit". I have been a museum director for 30 years. Over these decades, I worked alongside museum staff, including security officers and scientists, who have devoted their entire careers to the preservation of art. There is a burden of responsibility that comes with protecting works of art for future generations.

With increased frequency, institutions – overwhelmingly non-profit museums for the public benefit – have suffered collateral damage at the hands of agendas which have nothing to do with museums or the art attacked. The real damage that these acts of vandalism pose must be taken seriously to deter future incidents that continue to threaten our cultural heritage and historic memory.

*Little Dancer Aged Fourteen* is 143 years old and unquestionably an object of important cultural heritage. An icon, she is timeless and speaks to all ages, across cultures. Visitors ask for her location when they arrive. Countless children gaze up at her, sometimes mimicking her pose.

Artist Edgar Degas is perhaps best known as a painter, but his most widely known work is *Little Dancer Aged Fourteen*. Executed in wax, nearly life-sized, dressed in a ballerina's tutu, with real ballet slippers, and real hair, the sculpture caused a sensation when it was exhibited in 1881. The only sculpture Degas ever showed publicly, he did so in a protective glass case. Our team of curators, conservators, and scientists has devoted decades to studying Degas's sculptures, in particular *Little Dancer Aged Fourteen*, offering our public, from visitors to scholars, the opportunity to explore the link between art and science in his work.

On April 27, the protective sanctuary for this beloved girl was battered. One of the most vulnerable and fragile works in our entire collection. I cannot overemphasize how the violent treatment of her protection barrier, repeated slamming, and vibrations, have forever jeopardized her stability. Since her arrival on our campus 25 years ago, we have moved her only 20 times—and each time has been a long-prepared, carefully choreographed endeavor undertaken with maximum attention to minimize the slightest impact.

On April 27, the staff of the National Gallery of Art felt like a member of our family had been attacked. Dozens of art care specialists worked swiftly and carefully to secure her in the conservation labs for intense review and imaging. Many more facilities and maintenance workers – literally on their hands and knees – cleaned up the red and black paint. Staff members were devastated and angry. We work so hard to care for, preserve, and display the nation's collection—held in public trust—only to be the victim of such disrespect and disregard for what all of us value so deeply and protect for future generations.

More than $4,000 taxpayer dollars were spent on immediate repair and cleanup. But the impact caused by this vandalism did not end there. Local visitors, school groups, and other national and foreign visitors were denied the opportunity to view this special work for the next ten days while the examination and cleanup took place. The concern for preventing repeat attacks – which, I am sorry to say, have occurred – inconveniences our visitors daily because of necessary increases to our security posture and protocols. This attack even impacted our food and retail operators because of fear that some items they sold might be used for another attack. The time spent planning to prevent such incidents, as well as the impact these changes have on our staff and visitors' experience are immeasurable.

The dancer's wax figure is itself, of course, irreplaceable. The National Gallery of Art is a trust. We hold the objects in our collection for all time for the benefit of future generations. The value of these works is in the aesthetic achievement, meaning, and history that they embody.

Nevertheless, I understand that an important part of this process is to provide to the Court a sense of the financial value of this work.

While I consider such an exercise nearly impossible as this is the only wax Little Dancer in existence, I can note only that the market considers these objects of utmost value. The most recent public information on the sale price of a bronze cast of the wax sculpture at issue in this case gives a price of about $41,000,000. That was for one of some twenty known casts, all made after the artist's death.

The sculpture attacked here is the unique, lifetime wax original, fragile and irreplaceable, made by Degas with his own hands (i.e. not a cast) and the only sculpture he ever chose to exhibit. Nothing comparable has ever been on the market. We know it is worth at least four times the sale price of a bronze cast—thus in the neighborhood of $150 million—but conceivably a good deal more than that.

As you weigh the right course of action to take in this matter, I urge you to consider the government's responsibility to protect our nation's cultural heritage. Priceless objects such as the Gallery's Degas sculpture, which have been unfortunate targets, are unique objects of our global history, culture, and the human story. If destroyed, they are gone forever; never to be seen by future generations.

These attacks on museums, and the unique treasures of our culture and history that we hold in the public trust, are not low-level, inconsequential, or victimless crimes. I respectfully ask, therefore, that this court send a serious message to deter similar, future acts.

*Kaywin Feldman*

Kaywin Feldman
Director
National Gallery of Art





Edgar Degas, *Little Dancer Aged Fourteen*, 1878-1881, collection of Mr. and Mrs. Paul Mellon (front and back views, respectively)