UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) ) Crim. Action No. 23-0182-02 (ABJ) |
| JOANNA SMITH, | ) ) |
| Defendant. | ) ) |

## ORDER

It is hereby **ORDERED** that **on Friday, April 26, 2024, no person** – other than counsel of record in a case set for hearing before the Court that day, or members of the media or courtroom artists with appropriate credentials – **may bring a backpack, purse, tote bag, briefcase, water bottle, or any other form of bag or container into Courtroom 25**. Anyone refusing to comply with this provision will be denied entry. Cell phones may be carried by hand or in a pocket, but they must remain completely turned off while in the courtroom.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE: April 24, 2024